AO 240 (Rev. 10/03)

**FILED**

# UNITED STATES DISTRICT COURT

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

for The

District of    COLUMBIA

Tyrone Rodriguez, S.

Plaintiff

Michael Chertoff
Secretary
Department of Homeland Security
& Cari M. Dominguez, Chair
The Equal Employment opportunity
Comm. S/by

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    06 0359

I, _____Tyrone Rodriguez, Sr._____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☐ Yes        ☒ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?          ☒ Yes        ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.) Approximately $400-500 a (gross) week average as an Independant Taxi Driver for Mear Transportation, 324 W. Gore Street, orlando, florida 32801.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☒ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

**RECEIVED**

FEB 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Mears Transportion Group-Same Employment Independant Contractor and Self Employed through them.

2

Case 1:06-cv-00359-ESH    Document 2    Filed 02/27/2006    Page 2 of 2

AO 240 Reverse (Rev. 10/03)

Brief Statement for the Court: This Case is of substantial public interest as the agency & the EEOC violated ADA policy & procedures and the good faith practices of both agencies. By Sworn Testimony by a physician hired by the agency who gave a positive recommendation / The agency's medical review officer perjured himself at the EEOC hearing + The Cost deposit these physicians to prove the Case will Dismiss the Case if I pay $5,100.00, which I do not have.

4. Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount. $100.00 Checking and no Savings account

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Tyrone Rodriguez, Jr. (Son).
   I provide $346.00 a month child support for him and take full care of him for each Summer and holidays as possible.

I declare under penalty of perjury that the above information is true and correct.

_1/9/05_
Date

_Tyrone Rodriguez Sr_
Signature of Applicant

**NOTICE TO PRISONER:** A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RECEIVED
JAN 12 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|

RECEIVED
FEB 07 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| United States Judge | Date | United States Judge | Date |
|---|---|---|---|