FILED

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

TYRONE RODRIGUEZ, SR.,

    Plaintiff,

        v.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, et al.,

    Defendants.

---

Civil Action No.

**06 0359**

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* and application

to proceed *in forma pauperis*. The application will be granted, but the case dismissed because

complaint has been untimely filed.

Plaintiff brings this action alleging employment discrimination pursuant to Title VII of the

Civil Rights Act of 1964, 42 U.S.C. 2000e, *et seq.*, and the Americans with Disabilities Act

("ADA"), 42 U.S.C. § 12101, *et seq.* 42 U.S.C. § 2000e-5(f)(1) states, in pertinent part, that:

> If a charge filed with the Commission [EEOC] ... is dismissed by the Commission, or if
> within one hundred and eighty days from the filing of such charge ... the Commission has
> not filed a civil action ... or the Commission has not entered into a conciliation agreement
> to which the person aggrieved is a party, the Commission ... shall so notify the person
> aggrieved and within ninety days after the giving of such notice a civil action may be
> brought against the respondent named in the charge ...

The 90-day statutory period is not jurisdictional, but rather is a statute of limitations

subject to equitable tolling. *Smith-Haynie v. District of Columbia*, 155 F.3d 575, 579 (D.C. Cir.

1998). Tolling is permitted where "vital information bearing on the existence of [the] claim" is

unobtainable despite best efforts by the individual. *Id.* at 579. The burden of proof for equitable tolling is high and hence it is available only in extraordinary circumstances. *Id.* at 579-80. Where no such circumstances are found, the court cannot extend the statutory period "even by one day." *Anderson v. Local 201 Reinforcing Rodman*, 886 F.Supp. 94, 97 (D.D.C. 1995).

Plaintiff has attached the right to sue letter from the EEOC to his complaint. The letter is dated September 14, 2005. Plaintiff submitted his complaint to this Court on February 7, 2006. Therefore, the complaint was untimely filed and the case will be dismissed.

An appropriate order accompanies this Memorandum Opinion.

_____
United States District Judge

Dated: 2/10/06