FILED

FEB 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TYRONE RODRIGUEZ, SR.,

    Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, et al.,

    Defendants.

Civil Action No.  06 0359

## ORDER

In accordance with the Memorandum Opinion issued this 10 day of February, 2006, it is ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is FURTHER ORDERED that the case is DISMISSED.

                                                     E. S Huvch
                                                     United States District Judge

