UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TYRONE RODRIGUEZ, SR.
860 Green Heron Court, #D
Kissimmee, Florida 34742
Tel: 407-744-5238
    Plaintiff,

v.

MICHAEL CHEROTOFF, Secretary,
Department of Homeland Security, et al,

    Defendants.

Civil Action No: 06-0359

March 10, 2006

FILED
MAY 15 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## MOTION FOR RECONSIDERATION

RODRIGUEZ hereby files this motion for reconsideration and prays that your Honorable reconsiders the previous dismissal and reverse the decision and allow the case to proceed based on the following facts: (1) RODRIGUEZ states that he did file a complaint for submission in a timely bases, mailed (metered mail) on December 22, 2005, Clerk of the Court docketed stamped the complaint on December 27, 2005, and returned the complaint to RODRIGUEZ on December 30, 2005 (See exhibit I & II) for corrections as a Pro Se litigant. RODRIGUEZ received the EEOC Right to Sue letter on or about the end of September 2005; which allowed RODRIGUEZ with 5 day mailing time to file and submit a complaint for filing by the first week of January 2006; therefore, RODRIGUEZ initial complaint as a Pro Se litigant returned for corrections. (2) RODRIGUEZ is divorced and a single father of a 9 year old son. He had to discontinue his career as a Private Investigator to a Taxi Driver, which offers a little more flexibility in order to

5

continue his parental responsibilities and maintain support of his son. After receiving the EEOC Right to Sue letter late September 2005, the Taxi business went to turmoil due to the fact Walt Disney World got greatly involved in the Transportation industry and took approximately 50 percent of the business from the Taxi Drivers. Coupled with the fact that Late September through the third week of December is extremely slow season and RODRIGUEZ was not prepared as he started in July and exhausted his funds during the sole care of his son during the summer of 2005. RODRIGUEZ has a family history of cardiac problems. Both his parents died of heart failure and both had heart attacks in the past. His eldest sister has a stroke where she severed her vocal cords due to her demanding and very stressful position as a Manager for Macy's in New York City. RODRIGUEZ has been hospitalized twice in the past three years for having severe high blood pressure beyond stroke levels and had undergone a heart catherazation during high levels of stress and financial turmoil. RODRIGUEZ ex-wife the past three years has been adding undue stress for RODRIGUEZ by creating false arrest scenarios and using the court to arrest RODRIGUEZ for being behind in child support, where he once was given 30 days to catch up on child support or be incarcerated. During the past few months RODRIGUEZ has had to increase his dosage in his blood pressure medication due to the added stress n his life between September and January 2005. RODRIGUEZ fell 3 payments behind in child support and had had to work 7 days a week till this day to just maintain his apartment, his vehicle, and avoid being arrested for failure to maintain his child support payments. His Doctor at the VA Hospital was very concerned that RODRIGUEZ would be risking death if he continued at his current stress level and strongly advised him to reduce his stress level and certainly to avoid adding stress or face

possible death. RODRIGUEZ had broken his computer a year ago and could only have access to a computer at the local library, which is open from 9 to 9, but you could only have access to an hour a day and you had to wait, which meant that RODRIGUEZ would have to take several days off to prepare a complaint and mail it efficiently. Due to his predicament and financial turmoil, RODRIGUEZ could not take any days off during this slow season and was under enormous stress and was worried about having a sever heart attack until during the 90 day period he would have a good week and take at least one day off before the deadline. RODRIGUEZ family suffered financially after 911 and could loan him any money and due to his divorce his credit is ruined and cannot apply for loans. The last week of December is the busiest week in Orlando for Taxi's so this was the time that RODRIGUEZ was able to take some time off and prepare a complaint and mail it with the tolling time as he did in December 22, 2005. It is evident that RODRIGUEZ was experiencing extraordinary circumstances causing him near death if added extra responsibility and stress as applied under <u>Anderson,</u> which he declares under the penalties of perjury. (3) RODRIGUEZ should be subject to waiver per, estoppel, and equitable tolling, with equitable consideration, and to protect social interest (Public Interest). The court granted RODRIGUEZ request to proceed in forma pauperis after reading the complaint and RODRIGUEZ submits exhibits III & IV to show that he has substantial evidence to prove his case and show FRAUD by the agency in violation of the ADA and Title I of the Civil Rights Act of 1964, and the issues involved in the cases rises to the level of high public Interest and should qualify under Zipel v. Tran world Airline, Inc. 455 U.S. 385, 393. RODRIGUEZ declares under the penalties of perjury that the statements are to true and correct to the best of his knowledge and PRAYS that

the Honorable carefully review this motion and reverse his decision in good faith and allow a case of substantial Public Interest to proceed.

Tyrone Rodriguez, Sr.
Plaintiff Pro Se

*[signature]*

TYRONE RODRIGUEZ, SR.
PO BOX 423444
KISSIMMEE FL 34742-3344

EEOC Office of Federal Operations
1801 L Street, NW
Washington, D.C. 20507

Ex I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__Tyrone Rodriguez, Sr_____
                Plaintiff

v.

__Michael Chertoff, et al._____
                Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ] Your COMPLAINT must bear your original signature.

[ ] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

[X] OTHER: _You have to file a complaint before you can amend on this complaint_

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

_1/19/06_
Date

**HOGAN, C.J. TFH**
Chief Judge Thomas F. Hogan

Ex II

n:\Forms\Pro Se Return Doc. Letter

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

```
***** WELCOME TO *****
       OAK STREET STA
      1415 W OAK STREET
    KISSIMMEE, FL 34741-9998
         03/10/06 11:38AM

Transaction Number           25
USPS #              114668-9551

                                    .87
1. First Class service
   Destination:     20001
   Weight:          0 lb. 2.10 oz
   Total Cost:      .87
   Base Rate:       .87

                                    .87
Subtotal                            .87
Total Charged

                                    .87
DebitCard

        <23-901940668-99>

DebitCard
ACCT. NUMBER       TRANS #    AUTH
0106                 976     360421
RECEIPT # 020535

              Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

34741+4782

Tyrone Rodriguez, Sr
860 Green Heron Court
Apt # D
Kissimmee, Fl 34742



3-2-06