UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrone Rodriguez, Sr., )
)
    Plaintiff, )
)
v. ) Civil Action No. 06-0359
)
Michael Chertoff *et al.*, )
)
    Defendants. )

**FILED**

MAY 1 5 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

ORDER

Plaintiff moves for reconsideration of the Order of February 27, 2006, dismissing this employment discrimination case as untimely. The Court construes the motion as seeking relief from the final order pursuant to Fed. R. Civ. P. 60(b). Plaintiff asserts correctly that the Clerk's Office first received the complaint on December 27, 2005, rather than on February 7, 2006, as stated in the Memorandum Opinion. The right-to-sue notice is dated September 14, 2005. Allowing for five days mailing, plaintiff is presumed to have received the notice on September 19, 2005. He therefore had until December 19, 2005, to lodge his complaint. The motion presents no grounds for relief under Rule 60(b) because plaintiff's submission of the complaint on December 27 is still beyond Title VII's 90-day limitations period. *See* Mem. Op. (Feb. 27, 2006) at 1-2. Accordingly, it is

ORDERED that plaintiff's motion for reconsideration [# 5] is DENIED.

United States District Judge

Date: May 3, 2006

