UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Tyrone Rodriguez, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0359 |
| ) | |
| Michael Chertoff *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Plaintiff moves again for reconsideration of the Order of February 27, 2006, dismissing this employment discrimination case as untimely. For the reasons previously stated in the Order of May 15, 2006, it is hereby

ORDERED that plaintiff's second motion for reconsideration [# 6] is DENIED; and it is

FURTHER ORDERED that the Clerk shall accept no further submissions for filing in this case, except a notice of appeal.

*[signature]*
United States District Judge

Date: 6/14/06