UNITED STATES DISTRICT COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

Tyrone Rodriguez, Sr.,
860 Green Heron Court, #D
Kissimmee, Florida 34741
Tel: 407-744-5238

    Plaintiff,

    v.

Michael Chertoff et al.,

    Defendants.
_____/

Civil Action No. 06-0359

**FILED**
**JUL 1 4 2006**
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## NOTICE OF APPEAL

I Hereby, RODRIGUEZ, files this notice of appeal so that the issue of timeliness due to an assumption that the EEOC mailed there right to file suit to RODRIGUEZ within five (5) days of the drafting of the document is in error and a violation of RODRIGUEZ constitutional right to access to the courts in a civil rights matter of PUBLIC INTEREST.

Submitted,

*[signature]*
Tyrone Rodriguez,
Plaintiff/Pro Se

7/13/06