UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TYRONE RODRIGUEZ, SR.,** | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0359 (ESH) ) |
| **MICHAEL CHERTOFF,** *et al.*, | ) ) |
| Defendants. | ) ) ) |

### MEMORANDUM AND ORDER

In this action brought *pro se* under Title VII of the Civil Rights Act of 1964, plaintiff sues the Secretary of the Department of Homeland Security and the Chair of the Equal Employment Opportunity Commission. In *in forma pauperis* proceedings such as this one, the Court must dismiss a complaint that fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). "[N]o cause of action against the EEOC exists for challenges to its processing of a claim." *Smith v. Casellas*, 119 F.3d 33, 34 (D.C. Cir. 1997). Instead, "Congress intended the private right of action . . . under which an aggrieved employee may bring a Title VII action directly against his or her employer [] to serve as the remedy for any improper handling of a discrimination charge by the EEOC." *Id*. Accordingly, it is

**ORDERED** that the complaint against EEOC Chair Cari M. Dominguez is **DISMISSED**; and it is

**FURTHER ORDERED** that the Clerk provide the United States Marshal with a summons and a copy of the complaint for the purpose of effecting service of same upon Secretary Michael Chertoff in his official capacity and the United States.

                                                    /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

DATE: March 19, 2007

2