UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
860 Green Heron Ct. #D
Kissimmee, Florida 34741

Plaintiff,                    Civil Action No: 060359

v.

Michael Chertoff, Secretary,
Department of Homeland Security, et al,
And Equal Opportunity Commission,
Cari Dominquez, Commissioner,

## MOTION TO APPOINT COUNSEL WITHOUT FEES OR COSTS

RODRIGUEZ now files this request and preys for careful consideration for appointment of counsel and waiver of fees and costs due to his indigency and determined in the February 27, 2006 order and grant of his motion to proceed in forma pauperis. The grounds for granting the request are as follows. (1) Rodriguez has on going hypertension that has been aggravated over the years by this civil litigation which has lasted 15 years. Since the stress of filing the very stressful last appeal that was remanded, RODRIGUEZ is on a third hypertension to avoid a possible stroke or death if he were to continue to represent himself with the added responsibility of working 7 days a week, 80 hours a week and in the spring and summer he has the sole care of his 10 year old son. (2) RODRIGUEZ cannot obtain an attorney and cannot find one because labor attorney's do not take cases on contingency basis as he has tried numerous attempts to find one over the last 15 years. (3) The case is of national importance and has merit because both agencies went against the opinion of there own hired expert and chose to consider the

opinion of the agency's medical officer who is a non expert and had extreme bias which brings the issue of undue bias and a discriminatory motive by doing so in violation of EEEOC rules and numerous appellate case law. (4) The case represents complex issues with merit more suited for argument and representation by a trained professional. See 28 U.S.C.A 1915(d), If it appears that indigent plaintiff with claim of arguable merit is incapable of representing his case, consideration should be given to appointing counsel for plaintiff; in determining whether to appoint counsel for indigent plaintiff, court must consider in conjunction with plaintiff's ability to present himself facing complex legal issues and the court should e more inclined to appoint counsel for plaintiff; when the case falls on credibility determination, appointment of counsel for indigent civil litigant may be warranted, where credibility is key issue it is more likely that truth will be exposed where both sides are represented by trained in presenting evidence and expert in cross exmamination.

Submitted,

Tyrone Rodriguez, Sr.

Plaintiff

```
-----------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
-----------------------------------------------------------------------
NOTE DATED: 01/30/2007 09:07
LOCAL TITLE: KIS ADMIN NOTE
VISIT: 01/30/2007 08:00 KIS PCC LIM

                     MEDICAL CERTIFICATE

MR TYRONE RODRIGUEZ IS A VETERAN WHO FOLLOWS THE KISSIMMEE COMMUNITY
OUTPATIENT CLINIC FOR LONG-TERM CONTROL OF HYPERTENSION.
HE HAS BEEN HOSPITALIZED @ FLORIDA HOSPTIAL FOR CHEST PAIN, UNDERGOING CARDIAC
CATHETERIZATION AND READMITTED TO OSCEOLA RMC FOR ACCELERATED HYPERTENSION.

I BELIEVE HIS HEALTH IS BEING IMPACTED BY STRESS OF LITIGATION GOING ON.



              Signed by: /es/ CARLO LIM, MD
                         KCBOC,PCP
                         01/30/2007 09:16
```

```
-----------------------------------------------------------------------
RODRIGUEZ,TYRONE              KISSIMMEE CLINIC        Printed:01/30/2007 09:20
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 DOB:07/11/1963    Pt Loc: OUTPATIENT               Vice SF 509
-----------------------------------------------------------------------
```