UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH KENNEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-0116 (PLF) |
| ) | |
| v. ) | |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendant in the above-captioned case.

/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C. 20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**DAVID R. SCHLEICH**

Schleich Law Firm, PLLC
8283 Bosque Blvd

Waco, TX 76712

on this   9th   day of February, 2007.