UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
860 Green Heron Ct. D
Kissimmee, Florida 34741

Civil Action: 060359 ESH

Plaintiff,

Date: April 23, 2007

V.

Michael Chertoff, Secretary
Department of Homeland Security, et al.
_____/

## MOTION FOR RECONSIDERATION

Comes now, RODRIGUEZ files this motion after receiving the district court denial of his motion to appoint counsel on April 20, 2007. RODRIGUEZ stands on all the arguments and citations in his first motion. RODRIGUEZ preys without disrespecting the court or your honor, which may have over looked RODRIGUEZ most important argument and factor to consider in appointing counsel, which is (Enormous Circumstances), which is no longer a requirement due to appellate case law. RODRIGUEZ also qualifies under all of the major factors. RODRIGUEZ provided the court with a Medical Certificate and Declaration by his physician Carlo Lim, MD, of the Kissimmee, Florida VA Clinic, which he states that RODRIGUEZ health is being impacted by this on going civil litigation, See Exhibit I. RODRIGUEZ reiterates that the court should be obliged to grant the motion due to his health and medical condition which has been aggravated over the years by this litigation and by the last unnecessary appeal. RODRIGUEZ is on a third Hyper Tension medication due to the last appeal and contends that his health would be severely impacted if he were to continue to represent himself with the fact of prosecuting

1

this case, the time consumption to properly represent himself, having to work 7 days a week/80 hours a week, caring for his 10 year son with no spousal help, spending hundreds of hours responding to pleadings and post trial motions, discovery, would be an unreasonable task for RODRIGUEZ and will inevitably cause RODRIGUEZ severe health problems, a possible stroke, heart attack, or death. RODRIGUEZ has been hospitalized twice for hypertension beyond stroke levels, was suffering dizzy spells and chest pain during the time consuming last appeal and was placed on added third medication. RODRIGUEZ parents died of heart failure, his eldest sister had a stroke at 45 years old, where she severed her vocal cords, his 35-year-old baby brother had a heart attack in March 2007, and RODRIGUEZ is soon to be 44 years old. With all the severe medical history and the enormous circumstances RODRIGUEZ will face if he were to continue to represent himself, the court should be obliged with all the qualifying factors in this case with Substantial Merit and High Public Importance. The court does not need to have the case developed as it is an open and shut case as both agencies went against the opinion of there own hired expert and chose to consider the opinion of the agencies Medical Review Officer who is a general physician and not an expert. At the hearing the Medical Review Officer admitted under oath that the expert opinion had more weight than his based on common sense, which is clearly stated in numerous EEOC Rules and Regulations and Appellate Case Law Citations. RODRIGUEZ will not be able to develop a case that is clearly open and shut case, where RODRIGUEZ was offered a settlement agreement between $20,000.00 and $40,000.00 during the hearing, which is unheard of by numerous EEOC attorneys he spoke to. RODRIGUEZ will be unable to respond adequately to a barrage of pretrial motions to include failure to state a claim,

motion to dismiss and discovery motions, which would be unfair and unreasonable for RODRIGUEZ to respond to not having the time or the good health to properly prosecute this case. RODRIGUEZ will be more willing to take the risk of filing a second appeal with a motion to expedite the appeal based on the last appeal rather than risk is health. RODRIGUEZ preys that the court reconsiders and grant the motion to appoint counsel, which would be the best interest to the public and the dispensing of justice.

Submitted,

*[signature]*
Tyrone Rodriguez, Sr.
Plaintiff/Pro/Forma Paueris

MEDICAL RECORD | Progress Notes

NOTE DATED: 01/30/2007 09:07
LOCAL TITLE: KIS ADMIN NOTE
VISIT: 01/30/2007 08:00 KIS PCC LIM

### MEDICAL CERTIFICATE

TYRONE RODRIGUEZ IS A VETERAN WHO FOLLOWS THE KISSIMMEE COMMUNITY OUTPATIENT CLINIC FOR LONG-TERM CONTROL OF HYPERTENSION.

HAS BEEN HOSPITALIZED @ FLORIDA HOSPTIAL FOR CHEST PAIN, UNDERGOING CARDIAC CATETERIZATION AND READMITTED TO OSCEOLA RMC FOR ACCELERATED HYPERTENSION.

BELIEVE HIS HEALTH IS BEING IMPACTED BY STRESS OF LITIGATION GOING ON.

Signed by: /es/ CARLO LIM, MD
KCBOC, PCP
01/30/2007 09:16

RODRIGUEZ, TYRONE
XXX-XX-6686 DOB: 07/11/1963

KISSIMMEE CLINIC
Pt Loc: OUTPATIENT

Printed: 01/30/2007 09:20
Vice SF 509

