**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
Michael Chertoff, Secretary
Dept. of Homeland Security – Office of
   Special Counsel
20 Mass. Ave., NW
Washington, DC 20529

Civil Action, File Number **06-0359 ESH**

**Tyrone Rodriguez, Sr**
V.
**Michael Chertoff, Secretary**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[...] part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...close.] Keep copy 3 for your records.

[...]WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...]her entity, you must indicate under your signature your relationship to that entity. If [...]thorized to receive process, you must indicate under your signature your authority.

[...] of this form to the sender within ___ days, you (or the party on whose behalf you [...]urred in serving a summons and complaint in any other manner permitted by law.

[...]his form, you (or the party on whose behalf you are being served) must answer the [...]ere sent. If you fail to do so, judgment by default will be taken against you for the

[...]tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

[...]F RECEIPT OF SUMMONS AND COMPLAINT
[...] a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
MAY 2 – 2007

Signature      NANCY MAYER WHITTINGTON, CLERK
              U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

(Attached return receipt card: SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY; received by Michael Chertoff, Secy., Dept. of Homeland Sec., 20 Mass. Ave., Washington, DC; delivery date APR 23 2007; 06-0359 JRT 4-6-07)