**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Alberto Gonzales, US Atty. General
Dept. of Justice
10th & Constitution Ave, NW
Washington, DC 20530

Civil Action, File Number __06-359 ESH__

__Tyrone Rodgriguez, Jr.__
V.
__Michael Chertoff, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within

4-23-07    06-359   JPT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, USAG.
Dept. of Justice
10th & Const. Ave, NW
Wash, D.C.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel L Parkin_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 30 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 7949

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

S. If you are served on behalf of a corporation, your signature your relationship to that entity. If [...] st indicate under your signature your authority.

__ days, you (or the party on whose behalf you [...] omplaint in any other manner permitted by law.

se behalf you are being served) must answer the [...] ent by default will be taken against you for the

eipt of Summons and Complaint By Mail was

JSMS Official)

COMPLAINT
complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense