UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
860 Green Heron Court, Apt.D
Kissimmee, Florida 34741
Plaintiff,

v.

Civil Action: 060359 (ESH)

Date: May 10, 2007

Michael Chertoff, Secretary
Department of Homeland Security, et al.
Defendants.
_____/

## MOTION TO RECUSE

Comes now, RODRIGUEZ, files this motion after receiving the courts denial for reconsideration on May 8, 2007. RODRIGUEZ stands on all the arguments in his previous motions. RODRIGUEZ attaches his affidavit, see exhibit I. As RODRIGUEZ does not have the opportunity to gain legal expert advice, he obtained advice from numerous laymen for an opinion. RODRIGUEZ agrees and believes that the court has abused there discretion by denying RODRIGUEZ appoint of counsel based on his medical condition, his exceptional circumstances, the high arguable merit in the case, the complex issues, and the issue of credibility determination which requires an expert in cross examination and revealing the truth. Both agencies ignored the fact that the agencies Medical Review Officer committed perjury at the hearing as he stated under oath that he had at least 10 conversations with the hired expert and conversation with an outside expert. Both experts provided affidavits that they had no recall of such contact with the Medical Review Officer, which reveals a material misstatement based on a material fact used to add weight against the hiring of RODRIGUEZ and constitutes

FRAUD and PERJURY. The court's decision was based on discretion and the decision to deny was based on low funds, which implies there are funds, but that reason and that reason only outweighed the high public importance, RODRIGUEZ, exceptional circumstances, and the need for an expert to properly dispense justice and search for the truth. RODRIGUEZ fears that the denial was an abuse of discretion and fears a conflict of interest based on the fact that he prevailed in the last appeal and will suffer further unfair denials or dismissal of his case oh of high merit, and fears severe medical problems if the Recusal is not granted. RODRIGUEZ believes he meets the minimum requirements for the grant to RECUSE.

Submitted,

Tyrone Rodriguez, Sr.
Plaintiff/Pro Se/Forma Pauperis

Affidavit, by Tyrone Rodriguez, Sr. 860 Green Heron Court, #D, Kissimmee, Florida 34741, submitted to the United States Courthouse, For the District of Columbia on May 10, 2007.

RODRIGUEZ, submits this statement to support his motion to recuse. RODRIGUEZ adamantly believes that he fears great prejudice and a conflict of interest by the assigned Judge based on the past dismissals, denials, and last appeal. RODRIGUEZ also fears that a denial of his motion to recuse would cause him severe health problems, which is unfair and cruel based on abuse of discretion. Without disrespecting the court or your honorable, due to his frustration based on his circumstances and his health, he pleads that the court grant the motion to recuse.

Submitted,

*[signature]*

Tyrone Rodriguez, Sr./ Pro Se

State of Florida

County of Osceola

Sworn or prescribed before *Tyrone Rodriguez* , who provided the following identification  FL DL R _____ on this day 10 , May 2007 .

CRYSTAL NEGRON
Comm# DD0575007
Expires 7/17/2010
Florida Notary Assn., Inc.

Notary Public

Ex I