# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TYRONE RODRIGUEZ, SR.,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 06-0359 (ESH) <br> ) |
| **MICHAEL CHERTOFF,** *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## MEMORANDUM AND ORDER

Plaintiff moves for recusal based on the Court's refusal to appoint counsel for him at this early stage of the proceedings. Disqualification from a case is required when a judge's "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). However, "[o]pinions formed by a judge 'do not constitute a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible.'" *Rafferty v. NYNEX Corp.*, 60 F.3d 844, 848 (D.C. Cir. 1995) (quoting *Liteky v. United States*, 510 U.S. 540, 555 (1994)). Plaintiff offers no factual basis to support even an inference that the undersigned judge is biased against him. Accordingly, it is hereby

**ORDERED** that plaintiff's motion for recusal [Dkt. No. 20] is **DENIED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 18, 2007