**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:

Michael Chertoff, Secy.
Dept. of Homeland Sercutity
2100 2nd St., SW
Washington, DC 20593

Civil Action, File Number __06-359 ESH__

__Tyrone Rodriguez, Sr.__
V.
__Michael Chertoff, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you ... complaint in any other manner permitted by law.

... behalf you are being served) must answer the ... ent by default will be taken against you for the

... ipt of Summons and Complaint By Mail was

(SMS Official)

COMPLAINT

complaint in the above captioned manner at

[PS Form 3811 Domestic Return Receipt card overlay with signature "SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY" stamp, date MAY 14 2007, Article Number 7004 1160 0004 4136 7833]

06-359  4-23-07

1. Article Addressed to:
Michael Chertoff, Secy.
Dept. of Homeland Sercurity
2100 2nd St., SW
W. D.C.

per and Street Name or P.O. Box No.

_____

City, State and Zip Code

_____

Signature

_____

Relationship to Entity/Authority to Receive

_____

Service of Process

_____

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense