UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TYRONE RODRIGUEZ, SR.,

PLAINTIFF,

v.

MICHAEL CHERTOFF, ET AL.,

DEFENDANTS
_____/

Civil Action No. 06-0359 (ESH)

Date: May 24, 2007

**RECEIVED**
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL AND MOTION TO EXPIDITE APPEAL

Comes now RODRIGUEZ, files this notice of appeal with a motion to expedite the appeal based on the previous appeal which delayed the legal proceedings almost a year, the fact that case dates back to the year 1992, and the fact that RODRIGUEZ is soon to be 44 years old and was 28 years when he first applied for a position with the agency and was rejected by the use of FRAUD. RODRIGUEZ also has developed underlying health problems over the years due to the pursuit of justice in this case and his health worsens as he gets older and his conditions are aggravated by prolonging the legal proceedings, which can cause him severe medical problems. RODRIGUEZ appeals the following issues based on the fact that the lower court erred or abused discretion:

1. The Dismissal of the EEOC as a defendant.

2. The Denial of the motion to appoint counsel and reconsideration.

3. The Denial of the motion to recuse.

Respectfully submitted,

Tyrone Rodriguez, Sr./Pro Se/Forma Pauperis