UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE RODRIGUEZ,            ) | |
|                              ) | |
|       Plaintiff,             ) | |
|                              ) | |
|       v.                     ) | Civil Action No. 06-359 (ESH) |
|                              ) | |
| MICHAEL CHERTOFF,            ) | |
|    Secretary, Department of  ) | |
|    Homeland Security,        ) | |
|                              ) | |
|       Defendant.             ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, Michael Chertoff, Secretary of the Department of Homeland Security, by counsel, moves for a thirty day enlargement of time in which to file its response to plaintiff's complaint. The requested enlargement is merited for the following reasons:

1. Undersigned counsel is in the process of preparing a response to plaintiff's complaint, but is awaiting information from agency counsel for defendant necessary to complete a dispositive motion.

2. In addition, undersigned counsel has been occupied with responsibilities in other matters including a Motion for Temporary Restraining Order and Preliminary Injunction received last week while he was on emergency matter duty in the Civil Division of the U.S. Attorney's Office.

3. Defendant believes that it will be able to finalize its response to plaintiff's complaint within the additional thirty days requested.

4. Undersigned counsel spoke to pro se plaintiff regarding this motion for additional time

to respond to plaintiff's complaint, and plaintiff indicated that he would take no position on defendant's request for additional time, neither providing his consent nor opposing defendant's motion for extension of time.

5. Granting a thirty day extension of time to respond to plaintiff's complaint would be in the interests of justice.

For the foregoing reasons, defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: June 4, 2007

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __4TH__ day of June, 2007, I caused the foregoing **Motion for Enlargement of Time** to be served on plaintiff postage prepaid, addressed as follows:

Tyrone Rodriguez
860 Green Heron Court, Apt. D
Kissimmee, Florida 34742

   /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney