UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE RODRIGUEZ, | ) |
| Plaintiff, | ) |
| V. | ) Civil Action No. 06-359 (ESH) |
| MICHAEL CHERTOFF,<br>Secretary, Department of<br>Homeland Security, | ) |
| Defendant. | ) |

**ORDER**

**UPON CONSIDERATION** of defendant's unopposed motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before July 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.