UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TYRONE RODRRIGUEZ, SR.
860 GREEN HERON COURT, #D
KISSIMMEE, FLORIDA 34741

Civil Action No.06-0359(ESH)

Plaintiff,

Date: June 11, 2007

v.

MICHAEL CHERTOFF et al,

Defendants.
_____/

## MOTION TO OBJECT

Comes now RODRIGUEZ, states that he objects to granting the defendant leave to file a response within 30 days, which is by July 5, 2007. The defendant is weeks late from filing there response in violation of there strict statutory obligations. RODRIGUEZ was sanctioned with a total dismissal of his case due to the fact that he was incorrectly found by the lower court to be just a mere few days late in filing. RODRIGUEZ received a phone call from the defendant before they filed for leave to file there response late and there excuse was that the attorney assigned was overwhelmed with a few cases. Based on the fact that the defendant was not citing a valid excuse such as sickness/injury/hospitalization, death in the family, or any other cause out of there control, RODRIGUEZ stated no position with the understanding that the defendant would not ask for more than 2 weeks as they personally claimed without an outright objection by RODRIGUEZ and it would not interfere with the processing of the instant appeal. RODRIGUEZ believes that the defendant has not shown excusable cause to grant leave

to file there response late and that there request should not override RODRIGUEZ Notice of Appeal and Motion to Expedite which was filed first and RODRIGUEZ has reasonably met his statutory obligations. RODRIGUEZ would not object if the defendant files there complaint however many days they're out of time as he has not filed in bad faith a motion for default and a 30 day delay would be unfair for RODRIGUEZ and prejudicial to RODRIGUEZ as a Pro Pauperis litigant.

Respectfully submitted,

*/s/ Tyrone Rodriguez*

Tyrone Rodriguez, Sr.
Pro Se/Forma Pauperis