UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-359 (ESH) |
| ) | |
| MICHAEL CHERTOFF, ) | |
|     Secretary, Department of ) | |
|     Homeland Security, ) | |
| ) | |
| Defendant. ) | |

**ANSWER**

**COMES NOW** THE DEFENDANT, Michael Chertoff, in his official capacity as Secretary of the United States Department Homeland Security (hereinafter referred to as "Defendant"), by and through the United States Attorney for the District of Columbia, and hereby answers the allegations brought against him in the Complaint filed by the Plaintiff Tyrone Rodriguez:

FIRST DEFENSE

The Complaint contains certain claims upon which relief may not be granted.

SECOND DEFENSE

Defendant reserves the right to amend its Answer should facts learned in discovery so warrant. Defendant also reserve the right to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

THIRD DEFENSE

Defendant denies each and every allegation in the Complaint except as may be expressly

and specifically admitted. Defendant responds to the unnumbered paragraphs and prayers for relief as follows:

1. Defendant is without sufficient information to either admit or deny the first sentence of plaintiff's complaint.

2. The second sentence requires no response.

3. The third sentence contains legal conclusions to which defendant is not required to respond. Defendant denies any allegation that it violated any law or regulation with regard to plaintiff.

4. The fourth sentence requires no response.

5. The fifth sentence requires no response.

6. In response to the sixth sentence of plaintiff's complaint (the first sentence on the second page), defendant admits that plaintiff applied for a position with the Immigration and Naturalization Service ("INS") in 1992 as a Border Patrol Agent-Trainee. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this sentence, and, therefore, denies them.

7. The seventh sentence of plaintiff's complaint (the second sentence on the second page) contains legal conclusions to which defendant is not required to respond. To the extent a response is deemed to be required, the allegations in this sentence are denied.

8. In response to the eighth sentence of plaintiff's complaint (the third sentence on the second page), defendant is without sufficient information to form a reasonable belief regarding plaintiff's beliefs or the reasons for those beliefs. The remaining allegations of this sentence are denied.

9. In response to the ninth sentence of plaintiff's complaint (the first sentence on the third page), defendant admits that plaintiff ultimately was not offered a position in response to his application for employment. The remaining allegations of this sentence are vague and ambiguous and, therefore, are denied.

10. The allegations contained in the tenth sentence of plaintiff's complaint (the second sentence on the third page) are denied.

11. The allegations contained in the eleventh sentence of the complaint (the third sentence on the third page) are denied.

12. The allegations contained in the twelfth sentence of the complaint (the fourth sentence on the third page) are denied.

13. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations contained in the thirteen sentence of the complaint (the fifth sentence on the third page), and, therefore, denies these allegations.

14. The allegations contained in the fourteenth sentence of the complaint (the sixth sentence on the third page) are denied.

15. The allegations contained in the fifteenth sentence of the complaint (the seventh sentence on the third page) are denied.

16. The allegations contained in the sixteenth sentence of the complaint (the eighth sentence on the third page) are denied.

17. The allegations contained in the seventeenth sentence of the complaint (the ninth sentence on the third page) contain legal conclusions to which defendant is not required to respond.

18. The allegations contained in the eighteenth sentence of the complaint (the first

sentence on the fourth page) contain legal conclusions to which defendant is not required to respond, but to the extent a response is deemed to be required, these allegations are denied.

      19. The allegations contained in the nineteenth sentence of the complaint (the second sentence on the fourth page) are denied.  Further, defendant asserts that plaintiff is entitled to no relief whatsoever.

      20. The twentieth sentence of the complaint (the third sentence on the fourth page) is a prayer for relief which defendant denies, and defendant asserts that plaintiff is entitled to no relief whatsoever.

      21. In response to the allegations contained in the twenty-first sentence of the complaint (the fourth sentence on the fourth page), defendant is without sufficient information to form a reasonable belief regarding plaintiff's income and expenses.  To the extent this sentence is a request for relief, defendant denies and asserts that plaintiff is entitled to no relief whatsoever.

WHEREFORE, having fully answered, Defendant respectfully requests the Court to enter a judgment.

    a. Dismissing the Complaint against Defendant with prejudice; and

    b. Award Defendant such other and further relief as the Court deems just, equitable and proper.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on this __5th__ day of July, 2007, I caused the foregoing **Answer** to be served on plaintiff postage prepaid, addressed as follows:

>Tyrone Rodriguez
>860 Green Heron Court, Apt. D
>Kissimmee, Florida 34742

>__/s/_____
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney