# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYRONE RODRIGUEZ, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0359 (ESH) |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

In this employment discrimination case brought *pro se* by a resident of Florida, defendant filed an answer to the complaint on July 5, 2007. Defendant requests that the case be dismissed, but he has not stated his intention to file a dispositive motion. In addition, there is no indication that the parties have yet conferred pursuant to Local Civil Rule 16.3. Under the circumstances, an answer does little to advance the proceedings. Accordingly, it is

**ORDERED** that by **July 27, 2007**, the parties shall confer and file a Rule 16.3(d) written report, unless by that date defendant has filed a dispositive motion in lieu of the report.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 9, 2007