UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-359 (ESH) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary, Department of | ) |
| Homeland Security, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE 16.3(d) STATEMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, Michael Chertoff, Secretary of the Department of Homeland Security, by counsel, moves for a thirty day enlargement of time in which to file a Rule 16.3(d) written report with the Court. The requested enlargement is merited for the following reasons:

1. Undersigned counsel spoke to plaintiff pro se with regard to the preparation of the Rule 16.3 report for filing by July 27, 2007 as ordered by this Court (Docket #27, July 9, 2007 order).

2. Plaintiff pro se stated that he already has moved to extend the date for filing the 16.3 report on the grounds that he has appealed this Court's denial of his motion to appoint counsel for him in this matter. Undersigned counsel informed plaintiff that he had not yet received said motion, and that plaintiff's motion for extension of time to file the 16.3 report had not yet appeared on the Court's docket in PACER. Plaintiff replied that the Court likely has not received his motion because he just sent it out.

3. Plaintiff also told undersigned counsel that he has not yet received a copy of defendant's Answer to his Complaint. Undersigned counsel confirmed that a copy of the Answer

was sent by first-class mail to plaintiff on July 5, 2007, but sent another copy of the Answer to plaintiff on the date of filing this motion (July 25, 2007) based on plaintiff's claim of non-receipt.

3. Defendant intends to file a dispositive motion in this matter and believes that this motion will dispose of this case.

4. A thirty day enlargement of time to file the 16.3 report is merited because defendant intends to file a dispositive motion within that time period.  Plaintiff agrees to an extension of time, albeit for different reasons, as evidenced by his own request evidenced in a separate motion, which according to him is soon to be filed with the Court.

5.  Defendant requires additional time to prepare its dispositive motion because of undersigned counsel's longstanding plans to be out of town, as well as conflicting obligations in other cases including extensive depositions and other discovery over the past several weeks in Chrishon v. Johanns, 06-1016 (RBW) and in Kenney v. Johnson, 07-116 (PLF).

6.  Plaintiff will not be prejudiced by this request for extension of time, because plaintiff separately is seeking additional time to file the 16.3 report.

For the foregoing reasons, defendant respectfully requests that this motion for an extension of time be granted.[1]


Dated: July 25, 2007

                                    Respectfully submitted,

                                    ___/s /_____
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

        /s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


        /s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this **25th** day of July, 2007, I caused the foregoing **Motion for Enlargement of Time to File Rule 16.3(d) Statement** to be served on plaintiff postage prepaid, addressed as follows:

>
> Tyrone Rodriguez
> 860 Green Heron Court, Apt. D
> Kissimmee, Florida 34742

 /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney