UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYRONE RODRIGUEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Civil Action No. 06-359 (ESH) |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
| Secretary, Department of ) | |
| Homeland Security, ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

**UPON CONSIDERATION** of Defendant's Motion for Enlargement of Time to File Rule 16.3 Report, it is hereby **ORDERED** that the motion is **GRANTED**. The parties shall file a 16.3 Report by August 27, 2007, unless by that date Defendant has filed a dispositive motion in lieu of the report.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.