UNITTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TYRONE RODRIGUEZ, SR.

PLAINTIFF,

V.

MICHAEL CHERTOFF,

DEFENDANT.
_____/

Civil Action No. 06-0359 (ESH)

Date: July 26, 2007

## MOTION TO STAY PROCEEDINGS PENDING APPEAL PER RULE 62(G)

Comes now, RODRIGUEZ preys for this request as attempts to confer with apposing counsel has been extremely unsuccessful. Apposing counsel wishes to not have discovery and submit a motion to dismiss and summary judgment by August 30, 2007, which is outrageously unfair and disrespectful for RODRIGUEZ. RODRIGUEZ would require at least 6 to 9 months to cross examine/depose physicians and subponoea records of the medical Review Officers Medical Malpractice suit and his Inspector General Investigation due to an FBI Agents allegation that he made false statements in a report he submitted against the Agent for his instant employer in that case. RODRIGUEZ has a pending appeal request with the high court Case No. 07-5189, and has submitted to the court a medical certificate due to his health and inability to precede pro Se, and it is only fair that the proceedings remain in abeyance until the high court renders a final decision. RODRIGUEZ will if forced to amend his complaint to make it clearer if the high court renders an unfavorable decision.

Sunmitted,   Tyrone Rodriguez, Sr.   *[signature]*