UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TYRONE RORIGUEZ
    Plaintiff,

Civil Action No. 06-0359(ESH)
Date: July 24, 2007

MICHAEL CHERTOFF,
    Defendant.
_____/

### MOTION FOR AN EXTENSION OF TIME AND REQUEST THAT THE DEFENDANT IS ORDERED TO COOPERATE PER RULE 16.3 (d)

Comes now RODRIGUEZ, after receiving the last order July 23, 2007, hereby requests an extension of time due to the fact that RODRIGUEZ has not received any response by the defendant, an address for the attorney assigned, a contact number, nor has RODRIGUEZ received a copy of the defendants Answer. RODRIGUEZ requests that the court order the defendant to properly notify the plaintiff (RODRIGUEZ) with appropriate contact information and all instant pleadings. The defendant once contacted RODRIGUEZ via telephone and by caller ID Block and never conferred on a schedule to confer or has called RODRIGUEZ back for that matter. RODRIGUEZ preys for consideration in lieu of the report that the motion is granted and time is allotted for proper tolling of a conference between the parties.

Submitted,

*[signature]*
Tyrone Rodriguez, Sr.
Plaintiff/Pro Se/Forma Pauperis