U.S. Department of Justice

Immigration and Naturalization Service

425 Eye Street N.W.
Washington, D.C. 20536

Aug 27, 1993

Tyrone Rodriguez

Dear Applicant:

This is in reference to your application for a Border Patrol Agent (Trainee) position with the Immigration and Naturalization Service.

It has been almost a year since any individuals have been hired as trainee Agents. Due to this time lapse, it is necessary for us to update the current inventory of candidates to determine interest and availability for the position. In this regard, you are requested to complete the attached inquiry form and return it by September 17, to the following address:

> Immigration and Naturalization Service
> Personnel Management Branch
> Recruitment & Employment Services
> Border Patrol Special Examining Unit
> 425 I Street N.W., Room 6023
> Washington, DC 20430

If we do not receive your form by the requested date, we will assume that you are no longer interested in the position and your application will receive no further consideration.

We appreciate your interest in employment with the Immigration and Naturalization Service.

Sincerely,

for Rosemary Corbino

Sidney Waldstreicher
Headquarters
Acting Personnel Officer

Exhibit I
part
(B)