

**U.S. Department of Justice**

Immigration and Naturalization Service

---

425 Eye Street N.W.
Washington, D.C. 20536

JUL 11 1994

Tyrone Rodriguez
4005 Westmeadow Dr. Apt. 113
Colorado Springs, CO  80906

Dear Candidate:

This is in reference to your application for a Border Patrol Agent (Trainee) (BPA) position with the Immigration and Naturalization Service (INS).

The INS is now participating in a new method of applying for BPA positions. Through the use of a Telephone Application System, BPA candidates will be screened for basic qualifications and scheduled to take the written test.

As a result of this new procedure, we have terminated the current register on which your name appears. In the past, the examination was open for receipt of applications for several months at a time and a continuing register was maintained. Now, the examination will be open for the receipt of applications for a short period of time (3-5) days, several time a year and the resulting registers will be used to fill specific vacancies.

As a current eligible candidate, _you must reapply_ under the new system. Since your test score is over 2 years old, you must retake the written examination. If you wish to apply under one or more of the new announcements, call 1-800-239-2492 during the open period. The opening dates can be obtained by calling the Border Patrol Agent Information Line at 202-616-1964 (press 3 from a touch tone phone). The next open period will be July 25-28.

Your continued interest in a Border Patrol Agent positions is encouraged and we wish you success in your future endeavors.

Sincerely,

*Chester Erwin*
for Sidney Waldstreicher
Acting Chief, Personnel
Management Branch