# U.S. DEPARTMENT OF JUSTICE
# REPORT OF EEO COUNSELING

The Matter Complained of By: __Tyrone Rodriquez__
               (Charging Party's Name)
       (If charging Party gives his/her
        Permission)
Organizational Unit: __Applicant for Border Patrol Agent__

W - 719-784-9454 X5290, X5289
H - 719-527-4392
As of 8/5 - 4095 W. Meadow Drive Apt. 1211
Colorado Springs, CO  80906
Now - 4005 W. Meadow Dr. Apt. 1103

Submitted by: __Darlene Jedlicki__  *Darlene Jedlicki*
          (Name and Signature of Counselor)
Organizational Unit/Location: __Administrative Center, Twin Cities__

Telephone Number: __612-725-3472__

## INSTRUCTIONS FOR THE USE OF FORM

If the individual does not allege discrimination because of race, color, sex, national origin, religion, age or mental or physical handicap in connection with the matter complained of, complete only the above portion of this page; Items 1, 2, and 9 of Part A and Items 1, 2, and 3 of part B before submitting the Report of Counseling. Note under item 3 of part B any corrective action the individual received.

If discrimination of one of the above factors is alleged, complete ALL items before submitting the Report of Counseling and use Item 8 of Part B to report any corrective action received. attach supplemental sheets referencing item number if additional space is required.

*Exhibit I*
*part*
*(D)*

2

## PART A

### KEY DATES

1. Initial Contact: ____7/27/94_____
   (Date the aggrieved person contact counselor to schedule an interview)

2. Initial Interview: ____7/27/94_____
   (Date)

3. 30-Day Notice*: ____8/25/94_____
   (Date)

4. Counseling Extension(s)*:_____
   (Date)

5. Final Interview Notice*: _8/15/94_____
   (Date)

6. Most Recent Action Identified as Discriminatory <u>By Charging Party</u>: <u>On approximately 7/1/94 Mr. Rodriguez received notification that he would have to reapply for the Border Patrol after he had gone through the whole process up to the security forms that he returned in February 1994. Mr. Rodriguez feels that he has not been selected because he is hispanic. Mr. Rodriguez stated that some of his co workers that applied after he did have already gone to the Academy.</u>
   (Action and Date of Occurrence)

7. Offer of Assistance in completing DOJ 201-A:  a) Made by Counselor: __LET ME KNOW_____
   Date

   b) Accepted:_____   c) Rejected: _____

8. Counseling Report Prepared: ____8/15/94_____
   Date

9. Report Submitted: __8/15/94_____
   Date

10. Date Formal Complaint of Discrimination must be filed:

    _8/30/94_____
    (15 days after issuance of "Notice of Final Interview)

* ___YES_____
  Copy of Notice Attached

2

3

## PART B

### REASON(S) FOR SEEKING COUNSELING

1. Alleged Discrimination Based on:

    a. ( )  Race (Specify)_____

    b. ( )  Sex (Specify) _____

    c. ( )  Age (Specify) _____

    d. ( X )  National Origin (Specify) _Hispanic_____

    e. ( )  Color (Specify) _____

    f. ( )  Religion (Specify)_____

    g. ( )  Mental Handicap _____

    h. ( )  Physical Handicap _____

    i. ( )  Other (Specify) _____

2. Matter(s)/Action(s) Complained of:

See above.

4

3.  Corrective Action Sought:

A job in the Border Patrol.

4.  Chronology of Events (Explain the events causing the aggrieved person to believe he/she has been discriminated against);

Mr. Rodriguez stated that he first applied for the Border Patrol in 1991. He stated in August 1993 he interviewed for the Border Patrol and passed, in Miami. Mr. Rodriguez stated that he also passed the medical portion and in February 1994 was told to submit his SF 86 security forms. Two weeks ago Mr. Rodriguez stated that got a letter from Headquarters telling him to reapply and start the process all over.

5.  Counselor's Plan of Action: (May include contacting Servicing Equal Opportunity Officer for technical guidance):

Contact HQ

4

5

6. Inquiry

    a. Review of Records (Indicate name of records reviewed and the date of each review):

7/27/94 - Interviewed Val Stanley in Headquarters Personnel. Ms Stanley stated that there were approximately 70 potential employees who had gone through the process but there simply was not room for them in the last Border Patrol class and they would have to reapply. These applicants were strictly kicked out of the process via computer and HQ did not have any way of knowing what the race/national origin of these applicants were.

8/2/94: Interviewed Sid Walstriecher, Acting, Chief, Personnel Management Branch. Mr. Walstriecher stated that the Office of Personnel Management had started a new register in April. Mr. Walstriecher stated that there were about 7,000 candidates on the old register. Mr. Walstriecher stated he has no idea of the race of these people because that information was not kept.

This counselor asked Mr. Walstriecher if it would be possible to give the candidate priority into the next Border Patrol Class. Mr. Walstriecher stated that this would not be possible.

Reviewed the statistics on Border Patrol Hires for the past two years. Looking at the new hires 38.40% were hispanic.

    b.   Personal Interviews (Include date, name, title, organizational position, matter(s) discussed:

See Above.

6

7. Summary (Reports of Findings):
This Border Patrol applicant stated that he feels he did not get into the Border Patrol because he is hispanic. Mr. Rodriguez applied for the Border Patrol, went for an interview, completed his security forms and was not put on board. Mr. Rodriguez stated that some of his fellow employees who are white, have gone through the process and gone for training. Mr. Rodriguez does not understand why this would happen.

This counselor interviewed employees in Headquarters Personnel and found that the Office of Personnel Management had started to recruit differently and around 70 applicants that got as far as Mr. Rodriguez were kicked out of the old system and told to reapply under the new system. Personnel has stated that there were no records kept on the race of these individuals. Personnel would not give Mr. Rodriguez priority consideration into the next Border Patrol Class.

7

8. Results:

Headquarters Personnel did not want to resolve this complaint.

8

7

This is notice of final counseling interview. If you believe you have been discriminated against on the basis of race, color, religion, sex, age, national origin, or handicap, you have the right to file a complaint of discrimination within fifteen (15) days after receipt of this notice.

The complaint must be in writing and may be filed in person or by mail with the Director of Equal Employment Opportunity, Immigration and Naturalization Service, 425 I Street, N.W. Room 2210, Washington, D.C. 20536, or any of the officials authorized to receive discrimination complaints.

Attorney General of the United States
Main Justice Building
10th and Constitution Avenue, N.W., Rm 5111
Washington, D.C.  20530

Assistant Attorney General for Administration
(Director of EEO)
Main Justice Building
10th and Constitution Avenue, N.W.
Washington, D.C.  20530

Commissioner
Immigration and Naturalization Service
425 I Street, N.W., Rm 7000
Washington, D.C.  20536

Director of Equal Employment Opportunity
Immigration and Naturalization Service
425 I Street, N.W., Rm 2210
Washington, D.C.  20536

Regional Administrator
Immigration and Naturalization Service
(Each region will insert the appropriate address)

Federal Women's Program Manager (Departmental)
United States Department of Justice
100 Indiana Avenue, N.W., 5th Floor Annex
Washington, D.C.  20530

National Federal Women's Program Manager
Immigration and Naturalization Service
425 I Street, N.W., Rm 2210
Washington, D.C.  20536

SIGNATURE OF RECEIPT:_____DATE_____

NOTE: Your acknowledged receipt and dating of this "Notice of Final Interview" concludes the counseling process.

9