

**U.S. Department of Justice**

Immigration and Naturalization Service

Tyrone Rodriguez
4005 Westmeadow Drive Apt 1103
Colorado Springs, CO  80906

*425 Eye Street N.W.*
*Washington, D.C. 20536*

August 11, 1994

Dear Candidate:

I am pleased to inform you that you have successfully completed the written and oral interview process and you have been **tentatively** selected for a Border Patrol Agent (Trainee) position with the Immigration and Naturalization Service (INS).

This **tentative** offer of employment is pending the satisfactory completion of the INS security requirements, medical examination and drug test. **DO NOT GIVE YOUR EMPLOYER A RELEASE DATE AT THIS TIME.** You will be notified at a later date of the final decision on your selection once the prerequisite requirements mentioned above have been completed. The processing time will usually take anywhere from 4 to 6 weeks.

Your assignment to a class will depend on the time that your final clearance is obtained. This could vary depending if any clarification or additional information is required. Should you have any questions, please call (202) 616-2132.

Your interest in employment with the INS United States Border Patrol is appreciated.

Sincerely,

Sidney Waldstreicher
Acting Headquarters
Personnel Officer