

**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
LAWTON CHILES

Secretary
HARRY K. SINGLETARY, JR.

0 W. Robinson Street • Suite N909 Hurston-North Tower • Orlando, Florida 32801 • Telephone: (407) 423-6125 • SunCom: 344-6125

REGION III

May 19, 1995

Ralph E. Ballentine, M.D.
631 Palm Springs Drive, Suite 107
Altamonte Springs, Florida 32701

Re:   Appointment For Tyrone Rodriguez

Dear Dr. Ballentine:

We made an appointment with you for one of our employees, Tyrone Rodriguez, for May 24, 1995 at 12:15, understanding that he is to check in at 12:00 noon. The purpose of this appointment is to obtain medical data in order to determine whether or not Mr. Rodriguez is able to perform his assigned duties as a Correctional Probation Officer with the Florida Department of Corrections.

Mr. Rodriguez seems to be experiencing difficulties in communicating with others, perceiving and describing events/interactions. In his letter to Harry K. Singletary, Jr., Secretary of the Florida Department of Corrections (which is attached), Mr. Rodriguez provides information regarding his concerns and also advises us of potential safety issues by stating "I no longer feel that I can tolerate this situation, and if I do something irrational, I want to feel justified that I have tried my best to inform everyone and put a stop to this behavior. In the event something happens, I am prepared to be fired, and also declare bankruptcy. If at worst I get arrested for assault, god forbid, everyone including the Governer has been informed of my situation."

This information has caused concern regarding his ability to perform his assigned duties as well as concern for his welfare in general, and the safety of other employees. To assist us in determining his ability to perform his duties I have enclosed a list of questions that need to be answered. For your review and to assist you in understanding the job requirements in completing your evaluation of Mr. Rodriguez I have enclosed a copy of Mr. Rodriguez's position description and a copy of the performance standards he is expected to meet in performing his assigned duties.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSENT TO RELEASE OF MEDICAL INFORMATION

EMPLOYEE NAME (Printed) __Tyrone Rodriguez__ SS#: _____

NAME OF PERSON WITH INFORMATION: __Dr. Ralph E. Ballentine__

NAME OF COMPANY OR PERSON(S) AUTHORIZED TO RECEIVE INFORMATION:

FLORIDA DEPARTMENT OF CORRECTIONS
ATTN: JERRY JOHNSON OR JOSEPH HATEM

REASON FOR INFORMATION: To determine whether or not Mr. Rodriguez is able to perform his assigned duties as a Correctional Probation Officer.

    The undersigned hereby authorizes and consents to the disclosure to the above of any and all information, records, documents, reports, clinical abstracts, histories and charts, of every kind and description, relating to my condition, care, confinement and treatment. I also consent to the release of alcohol, drug, psychiatric, and psychological information. In addition, I consent to the inspection and copying of same by said company or person(s) or representatives or agents and to the furnishing to them of photostatic or other copies of same.
    In furtherance of this authorization, I hereby waive all provisions of law and privileges relating to the disclosures hereby authorized.

                                                           Employee's Signature

STATE OF FLORIDA, COUNTY OF _____ The foregoing instrument was acknowledged before me this _____ (date) by _____, who is personally known to me or who has produced _____ (type of identification) as identification and who did (did not) take an oath.

_____ Notary's Signature

_____ Notary's Name

_____ Notary's Title or Rank

_____ Serial number, if any _____
                                                                      Seal