

U.S. Department of ...
Immigration and N...tion Service

Attachment 6

425 I Street NW.
Washington, DC 20536

FEB 21 1997

Mr. Tyrone Rodriguez
7265 Gateshead Circle, Apt. 5
Orlando, FL. 32822

Dear Mr. Rodriguez:

This is in reference to your application for a Border Patrol Agent (Trainee) position with the Immigration and Naturalization Service.

Before we can make a final determination on your application, you must complete a psychological and psychiatric examination as part of the processing at our expense. The evaluations will be conducted by Dr. Ted Bartlett. You must contact him directly for an appointment at (407) 740-0033. You have 5 days from the date of this letter to make the appointment. His office address is as follows:

1555 Howell Branch St.
Suite C-210
Winterpark, FL. 32789

If you do not comply with this request, we will assume you are no longer interested and your application will be removed from any further consideration.

Sincerely,

Steven A. Park
Acting Chief
Headquarters Human Resources

Attachment "A"

000170