


Clinical Psychologist

March 7, 1997

**CONFIDENTIAL PSYCHOLOGICAL REPORT**
**IMMIGRATION AND NATURALIZATION SERVICES**

| | | | |
|---|---|---|---|
| NAME: | Tyrone Rodriguez | DOT: | 03/03/97 |
| DOB: | 07/11/63 | STATUS: | Hisp.; Mar.; 1-K |
| AGE: | 33 | EDUC: | HS '81; AA '87; BA '89 |

**TESTS ADMINISTERED**

Nelson-Denny Reading Test, Form G (ND-G)
Hilson Public Safety/Security Test Battery:
- Hilson Personnel Profile/Success Quotient (HPP/SQ)
- Hilson Life Adjustment Profile (HLAP)
- Inwald Personality Inventory (IPI)
- Inwald Survey 2 (IS2)
- Inwald Survey 5 (IS5)
- Hilson Safety/Security Risk Inventory (HSRI)

**BACKGROUND AND BEHAVIORAL OBSERVATIONS**

Tyrone Rodriguez is a 33-year-old, Hispanic, married male. He was born and raised in the borough of the Bronx in New York City up through junior high school years. However, the parents divorced when he was approximately four years of age. He was the third of their five children. The father remained active with visitation privileges and dollar contributions, but he moved to Puerto Rico where he was a manager of a J.C. Penney for their furniture design section. Then, at age 50, the father started his own business of photography and manning a flea market stand in the Bayamon area of Puerto Rico. Now, he is retired. The mother has been a housewife and raised her children, in part, on welfare. When Tyrone was approximately 12 years of age, the mother moved them to a housing project in the borough of Manhattan. Neither parent remarried.

Tyrone graduated from a Manhattan high school in 1981 with academics in the "B-A" range. He did not participate in sports, clubs, or band, but he liked leisure sports with friends. In the summers, he worked for the city of New York's youth programs. His hobbies were reading and leisure sports. He does not use tobaccos or street drugs, and alcohol consumption is social and

C00?8?

Chantilly Court • Suite C-210 • 1555 Howell Branch Road • Winter Park, FL 32789 • (407) 740-0033 • Fax (407) 740-8360 • Lic. # PY0002035

nonexcessive. He has been physically fit over the years. Although he has some allergies to dust and cats. He was raised in the Catholic faith, but currently is not active.

After high school, Tyrone attended John Jay Criminal Justice College in the city for a year and one-half and otherwise did not work. Then, in 1984, he joined the United States Army where he was trained for Infantry. He was assigned to Louisiana. He took his discharge in 1986 as an E-4. However, he accumulated the maximum educational VA benefits.

After the military, Tyrone elected to move to his sister's home in Miami where she had recently divorced, although she had a son. His mother had remained in Manhattan. Tyrone could help his sister financially since he had the VA educational dollars and intended to begin at Miami-Dade Community College. In fact, he completed his AA degree by December 1987 and through the local VA Administration, he could work in a temporary labor pool and get jobs in between semesters or what would otherwise fit his work schedule. In July 1988, he entered Florida International University and completed his BS degree in criminal justice in May 1989. Then, he went to work for Florida Power & Light as a technician doing some data processing.

However, Tyrone had set a goal that he had wanted to work in federal law enforcement and in May 1989, he was accepted as an investigator for the state of Florida's Office of the Auditor General. His area was general public assistance fraudulent activities. Tyrone is fully bilingual. He remained in that investigative position until July 1990, when he joined the Federal Department of Justice, Bureau of Prisons. He did his academy in Brunswick, Georgia. He married in 1992 but, in January 1993, he was transferred to Colorado Springs when he was promoted to a case manager position. At that time, they had no children, although in May 1996, they had a son born.

In February 1992, Tyrone had been processing with the Immigration and Naturalization Services (INS,) but the process had been slow. Therefore, in September 1994, he resigned from federal corrections and was accepted by the state of Florida's Department of Parole and Probation for Brevard County. He had to redo part of his corrections standards at Glenco, but his probationary period began in January 1995. His wife became a travel agent for Disney World and they lived on the east side of Orlando in order to accommodate both of their travel times to and from work.

Unfortunately, Tyrone got fired from his job in June 1995. This examiner agreed with Tyrone not to discuss the incident in particular detail. However, he stated that he had filed a complaint concerning the behavior of at least two other probation officers. Tyrone was still in the probationary period of his

employment and could be terminated without explanation or cause. He began collecting unemployment dollars for the first six months and went to bail bonds school, as well as getting his private investigator license with the state. By the fall of 1995, his wife was pregnant and he finally landed what appeared to be a good private investigation position. However, he did not have the dollars to procure a camera or a cellular phone.

As a result, Tyrone elected to work as a loss prevention officer at the Shoe Carnival at the Belz discount mall in southwest Orlando. In August 1996, he went to work for Special Response Corporation that did security work for top private officials. The money was supposed to be good enough that he could eventually get his camera and cell phone but, after a first assignment in New Jersey, he went back to the temporary labor pools for some source of steady dollars. Also, his sister from Miami had relocated to the Orlando area and was willing to live with them for financial reasons, at least temporarily. Tyrone has worked temporary labor pools until September 1996 when he began working his current employment with NWI Investigative Group out of Fort Lauderdale, Florida. He is the Orlando associate and their primary work is insurance fraud for Workers' Compensation and automobile insurance. Also, he does background and address verifications.

Now, INS is pursuing his application once again. He believes he would enter as an agent at the GS-7 level. Also, he assumes that as a border patrol trainee, he would be assigned to the southwestern United States. Tyrone perceives himself to be dependable and responsible. Currently, he is working 60 to 70 hours a week since he has to serve Tampa, as well as Daytona Beach. He enjoys his time with his wife and young son, yet he is ready to get started on his federal law enforcement career. He believes he could successfully appeal the termination from the state of Florida's Department of Corrections, but if accepted by INS now, he would rather move on with his career objectives.

**SUMMARY OF TEST RESULTS**

1. ND-G:

| | Raw Score | Percentile | G.E. |
|---|---|---|---|
| Vocabulary | 58 | 41 | 14.6 |
| Comprehension | 52 | 43 | 13.7 |
| Total | 110 | 41 | 14.3 |

The Total Percentile score is considered average when compared to high school seniors. The Total Raw score is near the mean expectancy for minority male candidates entering public safety and criminal justice fields.

"winner" most of the time. He likes to get his work done on schedule, but also to feel that when he is not at work, he has a private life of his own. Tyrone is a man of strong opinion and, at times, will be insensitive to others. Since he has had a variety of work positions in the last several years, his fluctuations in motivation can affect his work performance.

From the psychological viewpoint, Tyrone is rated as being within the range of acceptability for the position of border patrol officer for the Immigration and Naturalization Services. On the asset side, he is reasonably bright, physically fit, and positively motivated for the job he is seeking. On the liability side, there are few, other than to set goals that will result in adequate productivity, as well as some job satisfaction.

Edmund S. Bartlett, Ph.D.
Licensed Psychologist

ESB/pbb