**U.S. Department of** ~~ce~~
Immigration and Naturalization Service

425 I Street NW.
Washington, DC 20536

HQEEO 60/8

MAR 31 1997

Mr. Tyrone Rodriguez
7265 Gateshead Circle, #5
Orlando, FL    32822

Dear Mr. Rodriguez:

The purpose of this letter is to inform you of the acceptance of the complaint of discrimination which you filed on August 14, 1997. Your complaint was assigned number I-97-0220 and has been accepted on the bases of national origin (Puerto Rican) and reprisal (for previously seeking EEO counseling). The following issue will be investigated:

    In May 1997, you were informed that you may not be hired for the position of Border Patrol Agent (Trainee) as a result of your background investigation.

Please be advised that all other references contained in your complaint will be used as background information to support the issue as stated.

You will receive notification regarding the assignment of an EEO Investigator under separate cover.

Sincerely,

*D. Diane Weaver*

D. Diane Weaver
Acting Director
Office of EEO

EX. I