02/03/99 WED 15:31 FAX 202 616 2682     PERSONNEL     ☒010

U.S. Office of Personnel Management  
FPM Chapter 332

**Agency Request To Pass Over a ⟨Pref⟩erence Eligible or Object to an Eligible**

EXHIBIT F9

Side A—For Qualifications or Suitability Reasons

(Complete Side A and submit in triplicate to the examining office which issued the certificate.)

INSTRUCTIONS: Reference FPM Chapter 332, Subchapter 4, and Appendix B. This form should be used to object to an eligible or to request authority to pass over a preference eligible and appoint a nonpreference eligible. Submit this form in triplicate along with all available information and documents considered pertinent to the case, i.e., position description, application, service record, etc. One copy will be returned to you with the decision. Pending approval of an agency's objection to an eligible or request for passover, the agency may not appoint an eligible who would be within reach only if the action is approved.

| 1. Name and Address of Eligible (First, MI, Last—Street, City, State and ZIP Code) | 2. Rating | 3. Certificate Number | 4. Date of Certificate |
|---|---|---|---|
| Mr. Tyrone Rodriguez<br>7265 Gateshead Circle, Apt 5<br>Orlando, Fl  32822 | 76.0 | DIRECT HIRE | MARCH 1992 |
| | 5. Position Title and Grade: Border Patrol Agent (Trainee) GS-5 | | |
| | 6. Title of Examination: Border Patrol Agent | | |

**Reasons for Objection/Passover**

[x] We object to the eligible indicated above for reasons of:     [x] Qualifications     [ ] Suitability

[ ] We propose to pass over this preference eligible to select a nonpreference eligible for reasons of:     [ ] Qualifications     [ ] Suitability

[ ] Veteran has a service connected disability of 30 percent or more and has been notified of this action, of the reasons for it, and of his or her right to respond to the Office of Personnel Management within 15 days in accordance with Title 5, USC, 3318(b)(2). (Attach copy of notification.)

REASONS (State reasons specifically and clearly so that the significance is readily apparent.) Eligibles have the right to request and review the reasons for these actions. The reasons, therefore, cannot be considered confidential. (Attach additional sheet, if necessary.)

SEE ATTACHED.

| Signature and Title of Agency Appointing Officer | Telephone Number (Including Area Code) | Date (Month, Day, Year) |
|---|---|---|
| Velmenia Stanley, Chief BP Hiring Unit | 202-616-5138 | 1/15/98 |

**OPM Decision**

[x] The action is sustained and the eligible is removed from consideration.

[ ] The action is not sustained for the following reasons:

| Signature and Title of OPM Official | Date (Month, Day, Year) |
|---|---|
| Phillip Spottswood, Medical Policy and Programs | 2-19-98 |

Immigration and Naturalization Service, BP Hiring Unit Rm 3034  
425 I St. NW  
Washington, DC  20536

◀ Name of Agency<br>City, State, and ZIP Code<br>(Type return address for use in a window envelope.)

62-108

Destroy Previous Editions Upon Receipt  
NSN-7540-00-634-4017

The Immigration and Naturalization Service (INS) objects to the eligibility of Mr. Tyrone Rodriguez based on his ~~or her~~ mental/or emotional condition. Any mental or emotional condition affecting cognitive reasoning ability and judgmental processes which would impair the full performance of duties and responsibilities of the position is disqualifying, e.g., conditions which also result in long-term use of medications.

Border Patrol Agents (BPA) are law enforcement officers who are responsible for detecting and preventing the illegal entry of aliens, the smuggling of aliens, or drugs into the United States. Unlike urban law enforcement officers they are responsible for the integrity of the borders of the United States. They perform a safety sensitive, public trust and national security job which requires and demands that the very best physically, mentally and emotionally stable individuals be employed. BPA trainees undergo 19 weeks of intensive training at the Border Patrol Academies located in either Glynco, Georgia or Charleston, South Carolina. This training is equivalent to that given to specialized units of the armed forces. The training is mentally and physically demanding and after completion of training, agents are assigned primarily to a southern border in the southwestern areas of the United States.

BPAs are expected to perform in environmentally harsh climatic conditions, and perform their duties efficiently and safely. Agents often find themselves in situations where they pursue illegal aliens on foot in timberland, deserts, and mountainous areas. The environment in the aforementioned areas consist of rough uneven terrain, streams and rivers. The agents are expected to possess the physical strength and stamina, cognitive reasoning and judgmental abilities to correctly evaluate and apply effective and safe solutions to any situations which they may encounter. BPAs are responsible for patrolling, checking vehicles at checkpoints, inspecting and searching trains, aircraft entering the United States. The time spent performing these duties in remote wilderness areas and in cities are long and tedious. It is in these varying places, terrains and climatic conditions where it is essential that the agent be able to withstand these stresses; and have clear cognitive reasoning abilities and be capable of acting decisively. They can not have mental/emotional manifestations that impair judgement in the performance of their duties and responsibilities.

The use of medications to control the effects of mental/emotional condition(s) are incompatible with the duties and responsibilities of a BPA. Many of the psychotropic drugs have various side effects that affect the Central Nervous and Peripheral Nervous Systems and can effect cognitive reasoning abilities in complex situations. For example, blurred vision, sedation effects, slow reaction time and a variety of other systemic effects. Individuals using these medications routinely require counseling for the condition, and regular monitoring for systemic toxic side effects of the medication.

Mr. Rodriguez was diagnosed independently by two psychiatrists as having a DSM-IV class diagnosis of a Delusional disorder with persecutory features. He subsequently was given an opportunity to controvert the two initial diagnoses. The subsequent, psychological evaluation appeared to be normal that was given by Dr. Edmund S. Bartlett. However, through additional consultation with Drs. Barlett and Robin Inwald (developer of the psychological test and evaluative tools) determined that background information was key to an accurate interpretation of the test. Dr. Bartlett's analysis was inaccurate without this information. It was also learned that Mr. Rodriguez persuaded Dr. Bartlett in ignoring some data and deceived him when obtaining other information.

The delusional and persecutory diagnosis is confirmed; however, because the delusional disorder can and is associated with a wide range of Mood and Psychotic disorders which require extensive clinical treatment and monitoring for plausible resolution, it is apparent, Mr. Rodriguez has not pursued treatment as initially recommended. His ability to make decisive and clear judgemental decisions is impaired. Given his current mental/emotional status, he is incapable of fully performing the duties and responsibilities of a Border Patrol Agent.

In considering situations BPAs encounter, they must be completely alert, capable of reacting quickly and decisively, and both physically and mentally to threats in any environment.

Therefore, the Immigration and Naturalization Service refuses to accept the extreme risk of Mr. Tyrone Rodriguez's employment. His/her mental and/or emotional condition, or condition requiring long-term use of medications would severely interfere with the cognitive reasoning and judgmental abilities needed in performance of the duties and responsibilities of a BPA. His employment would compromise the safety sensitive position, public trust, and national security duties, and are in direct conflict with the national security interests of border integrity and the drug interdiction initiatives of the United States.