

**United States Office of Personnel Management**   Washington, DC 20415-0001

Attachment 1

In Reply Refer To:   Your Reference:

MAR 9 1998

Position: Border Patrol Agent

Mr. Tyrone Rodriquez
7265 Gateshead Circle, Apt 5
Orlando, FL 32822

As you know, the Immigration and Naturalization Service, has made a tentative determination that you are not qualified for the position of Border Patrol Agent, because of a medical or physical condition. As required by law (5 U.S.C. 3312(b)), the U.S. Office of Personnel Management has reviewed the documentation submitted by the agency in support of its determination, as well as any information submitted by you.

In summary, we have carefully reviewed all of the medical documentation and related materials and conclude that your medical condition presents an unacceptable safety and health risk and is likely to adversely affect your ability to perform the full range of duties required for the position.

We regret that a more favorable determination could not be reached in this case.

Sincerely,

Phillip Spottswood
Pre-Employment Medical Section



000171