EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1400 L Street, N.W., Suite 200
Washington, D.C. 20005

| | |
|---|---|
| Tyrone Rodriguez,<br>Complainant,<br><br>v.<br><br>Janet Reno<br>Attorney General<br>Department of Justice<br>Agency. | EEOC No. 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X<br><br>Agency No. I-97-0220<br><br>June 8, 2000 |

## ORDER

Complainant's Motion to further compel information on the national origin of all applicants selected for Border Patrol Agent between May 1996 and May 1998, is **GRANTED.** The Agency has to provide information on the national origin by country of origin (Cubans, Puerto Ricans, Mexicans, etc.) of the Hispanics hired by the Agency during this period. If the information is not available, the Agency has to provide an affidavit from the custodian of this information, attesting to the unavailability of this information. The Agency must provide this information to the Complainant by June 19, 2000. If the Agency fails to provide the requested information or affidavit, I will make the adverse inference that none of the Hispanics hired during the targeted period were Puerto Ricans.

Complainant's request to amend his complaint to include as a basis "perceived as a disabled individual" is hereby **GRANTED**. The parties are provided 30 days to engage on discovery regarding the added basis (perceived as a disabled individual). Discovery in this matter will close on July 8, 2000.

Complainant's request to consolidate the complaint before me with another complaint is **DENIED again.** I will not revisit this request.

Further, Complainant's request for an extension of time for the parties to submit their Motions for Summary Judgment is hereby **GRANTED**. Motions for Summary Judgment are due on August 8, 2000. Failure to submit these motions on August 8, 2000, may be sanction with adverse inference, dismissal, or any appropriate sanction. The August 8, 2000 deadline will not be extended.

Jeannette Walters-Marquez
Administrative Judge

000183

ExT

SENT TO:

Tyrone Rodriguez, Sr.
111 Caterham Way
Kissimmee, FL 34758

Fax (407) 943-8933 FAILED

Peter Gregory, Esq.
Fax (202) 514-0455

000164