## UNITED STATES OF AMERICA
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## WASHINGTON FIELD OFFICE

| | | |
|---|---|---|
| TYRONE RODRIGUEZ<br>　　　　　Complainant, | ) ) ) | EEOC No. 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X |
| v. | ) ) ) | |
| JANET RENO, ATTORNEY GENERAL,<br>U.S. DEPARTMENT OF JUSTICE, (INS)<br>　　　　　Agency. | ) ) ) ) | AGENCY No. I-97-0220 |

I, JoAn Taylor, hereby declare as follows:

1. I am currently employed by the Immigration and Naturalization Service (INS) as the Chief, Affirmative Employment Programs Branch. I have been employed in this position since December 5, 1997. As Chief, Affirmative Employment Programs Branch, I am responsible for managing a proactive Affirmative Employment Program which include development of service-wide policies, special emphasis programs and goals in conformance with governing regulations. These programs impact on the full range of personnel activities including but not limited to targeted recruitment, hiring goals, training programs and promotion patterns. The statements made in this declaration are based upon my personal knowledge and information made available to me in the course of my employment.

2. As Chief, Affirmative Employment Programs Branch, I am thoroughly familiar with the agency's obligation with regard to collecting data regarding the race and national origin of its employees. The INS' ability to collect and maintain information regarding race and national origin is governed by 29 C.F.R. § 1614.601. I am aware that this regulation provides that data on national origin and race shall be collected by voluntary self-identification. I am also aware that the regulation provides that if the

000156



employee does not voluntarily provide the requested information, the agency must make a visual identification and inform the employee of the data it will be reporting.

3. I am also aware that 29 C.F.R. § 1614.601 limits the type of race and national origin information that an agency may collect. In particular, the INS is required to rely on Standard Form 181 (See Attachment A), which requires an individual to mark whether he or she is an American Indian or Alaskan Native, an Asian or Pacific Islander, a Black, not of Hispanic origin, a Hispanic, or a White, not of Hispanic origin. The INS does not collect any other race or national origin information other than that which appears on the SF 181 regardless of whether an individual completes the form or the INS relies on visual identification.

4. As Chief, Affirmative Employment Programs Branch, I am thoroughly familiar with the data base that the INS maintains for reporting the race and national origin of its employees. The information that the INS' data base contains is limited to the race and national origin codes that appear on the SF 181. Therefore, the INS cannot provide information on the national origin by specifying the country of origin (i.e., Cuba, Puerto Rico, Mexico, etc.).

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    6-15-00                                    _____
                                                    Name

000157

2

JUN-15-2000 17:36    INS GENERAL COUNSEL                    202 514 6455    P.05

Standard Form 181 (Rev. 5-82)
U.S. Office of Personnel Management
FPM Supplement 298-1

# RACE AND NATIONAL ORIGIN IDENTIFICATION

*(Please read the instructions and Privacy Act Statement before completing form)*

| Agency Use Only | Name (Last, First, Middle Initial) | Social Security Number | Birthdate (Month & Year) |
|---|---|---|---|
| | | | |

## Privacy Act Statement

You are requested to furnish this information under the authority of 42 U.S.C. § 2000e-16, which requires that Federal employment practices be free from discrimination and provide equal employment opportunities for all. Solicitation of this information is in accordance with Department of Commerce Directive 15, "Race and Ethnic Standards for Federal Statistics and Administrative Reporting."

This information will be used in planning and monitoring equal employment opportunity programs and to identify employees for inclusion in skill banks and referral pools.

Your furnishing this information is voluntary. Your failure to do so will have no effect on you or on your Federal employment. If you fail to provide the information, however, then the employing agency will attempt to identify your race and national origin by visual perception.

You are requested to furnish your Social Security Number (SSN) under the authority of Executive Order 9397 (November 22, 1943). That Order requires agencies to use the SSN for the sake of economy and orderly administration in the maintenance of personnel records. Because your personnel records are identified by your SSN, your SSN is being requested on this form so that the other information you furnish on this form can be accurately included with your records. Your SSN will be used solely for that purpose. Your furnishing of your SSN is voluntary and failure to furnish it will have no effect on you; failure to provide it, however, may result in it being obtained from other agency sources

**Specific Instructions:** The categories below are designed to identify your basic racial and national origin category. If ʝ are of mixed racial and/or national origin, identify yourself by the category with which you most closely identify yourself. Place an "X" in the box next to the appropriate category. NOTE: Mark only ONE box.

| NAME OF CATEGORY (Mark ONE only) | DEFINITION OF CATEGORY |
|---|---|
| **Categories for Use in All Jurisdictions Except Hawaii\* and Puerto Rico** | |
| A ☐ American Indian or Alaskan Native | A person having origins in any of the original peoples of North America, and who maintains cultural identification through community recognition or tribal affiliation. |
| B ☐ Asian or Pacific Islander | A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands. This area includes, for example, China, India, Japan, Korea, the Philippine Islands, and Samoa. |
| C ☐ Black, not of Hispanic origin | A person having origins in any of the black racial groups of Africa. Does not include persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins (see Hispanic). |
| D ☐ Hispanic | A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins. Does not include persons of Portuguese culture or origin. |
| E ☐ White, not of Hispanic origin | A person having origins in any of the original peoples of Europe, North Africa, or the Middle East. Does not include persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins (see Hispanic). Also includes persons not included in other categories. |
| **Categories for Use in Puerto Rico** | |
| ☐ Hispanic | A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins whose official duty station is in Puerto Rico. Does not include persons of Portuguese culture or origin. |
| Y ☐ Not Hispanic in Puerto Rico | A person not of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins whose official duty station is in Puerto Rico. |

\*Reproduce OPM Form 1468 from FPM Supp. 298-1 for data collection in Hawaii.    000158 | 298-102

\*U.S. Government Printing Office: 1981 — 281-782/40081

NSN 7540-01-099-3446
Previous edition usable

3