UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE RODRIGUEZ, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-359 (ESH) |
| MICHAEL CHERTOFF, | ) |
|     Secretary, Department of Homeland Security, | ) |
|     Defendant. | ) |

## DEFENDANT'S NOTICE OF FILING EXHIBITS

Defendant, by counsel, hereby notifies the Court and Plaintiff of its filing of Exhibits F and O to Defendant's Motion for Summary Judgment.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

___/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236