UNITED STATES DISTRICT COURT
For the District of Columbia

**RECEIVED**
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
Plaintiff,

v.

Case No. 06-CV-359 *ESH*

Date September 5, 2007

Michael Chertoff, Secretary,
Department of Homeland Security, Agency.
Defendant.
_____ /

## MOTION FOR AN EXTENSION OF TIME AND NOTICE OF CHANGE OF ADDRESS

Rodriguez moves for an extension of time as he scheduled for Pre-OP Surgery on the September 14, 2007 and Surgery on September 27, 2007, due to a medical affliction Rodriguez was pleading with the court months prior for appointment of counsel to avoid the stress facing enormous circumstances working 7 days a week, caring for his 11 year old son during times of financial turmoil, and representing himself in litigation in a complex intense case of merit. Rodriguez conferred with opposing counsel and he would not object to whatever time Rodriguez would request to prepare and recover from surgery to be able to respond to his motion for summary judgment. Rodriguez pleads that the court out of coutesy would liberally grant Rodriguez an extension until October 19, 3007 as t would take Rodriguez approximately 3 weeks to heal from surgery with post surgery medical treatments. New Address: 5565 West Irlo Bronson , Ste 420, Kissimmee, Florida 34746.

Submitted,

*[signature]*

Tyrone Rodriguez, Sr.
Pro Se/Forma Pauris

*Certificate of service Made via telephone to opposing Counsel*

08/08/2007
R6686


TYRONE RODRIGUEZ
860 GREEN HERON COURT APT. D
KISSIMMEE, FL  34741-4782



Dear Mr. Tyrone Rodriguez,

THIS IS A REMINDER for the following appointment(s) at the Orlando VA
Medical Center, 5201 Raymond Street, Orlando, FL:

   FRIDAY     SEP 21, 2007    ~~8:00~~ AM ORL AMB SURG GEN ALPER Clinic  *Surgery Dr.*

Please CALL AMBULATORY SURGERY 2 DAYS PRIOR TO THIS APPOINTMENT, TO
CONFIRM YOUR DATE AND TIME. The phone number to call is 321-397-6194 or
407-629-1599 ext 1219.

MUST present to the check-in desk with a driver. The driver MUST remain
in the building at all times during the procedure.

DON'T BE A NO SHOW! If you are unable to keep this appointment please
notify us 24 hrs in advance; from 6:30 AM-4:00 PM at 407-629-1599 ext 1219
and from 4:00 PM-6:29 AM at 407-404-1004.

If you need to have a message delivered to your provider or nurse call
Telephone Triage at 407-599-1404 or 1-800-645-6895.
REMEMBER-THERE ARE NO WALK-INS WITHOUT CALLING FIRST. The Telephone Triage
number is also available 24 hrs a day to answer your healthcare questions.

BILLING: Bring your Medicare and private health insurance cards with
you. The VA is authorized to bill your insurance for treatment of
non-service-connected conditions.

FOR OTHER INFORMATION, call the Orlando VA Medical Center's main phone
number: 407-629-1599 or 1-800-922-7521.

*Contract Orlando*
*Preop: 407 599 1323*

```
                                                      08/08/2007
                                                      R6686
```

TYRONE RODRIGUEZ
860 GREEN HERON COURT APT. D
KISSIMMEE, FL  34741-4782


Dear Mr. Tyrone Rodriguez,

THIS IS A REMINDER for the following appointment(s) at the Orlando VA Medical Center, 5201 Raymond Street, Orlando, FL:

    WEDNESDAY  AUG 8, 2007 10:30 AM ORL SPECIALTY GEN SURG ALPER Clinic
    FRIDAY     SEP 14, 2007  8:30 AM ORL AMB PRE-OP HANSEN Clinic

DON'T BE A NO SHOW! If you are unable to keep this appointment please notify us 24 hrs in advance by calling TELEPHONE TRIAGE at 407-599-1404 or 1-800-645-6895, Mon-Fri, 8:00am to 4:00pm. If you need to have a message delivered to your provider or nurse call Telephone Triage. REMEMBER-THERE ARE NO WALK-INS WITHOUT CALLING FIRST. The Telephone Triage number is also available 24 hrs a day to answer your healthcare questions.

PLEASE REPORT FOR YOUR CLINIC APPOINTMENT 30 minutes prior to the scheduled time. If you have a Saturday appointment, please report at the scheduled time and use the clinic's north entrance. Saturday clinics are located on the first floor.

IF YOU ARE SCHEDULED FOR CLASSES AND/OR LAB APPOINTMENTS, PLEASE REPORT 10 minutes prior to the appointment time. For fasting lab (FLAB), do not eat or drink anything (except water) for a minimum of 12 hours prior to your Lab appointment. If you are scheduled for fasting lab AND you are taking blood pressure medication, take your blood pressure medication in the morning with water. It is important that you continue to take your blood pressure medication as scheduled prior to your visit with your provider.

BILLING: Bring your Medicare and private health insurance cards with you. The VA is authorized to bill your insurance for treatment of non-service-connected conditions.

FOR OTHER INFORMATION, call the Orlando VA Medical Center's main phone number: 407-629-1599 or 1-800-922-7521.