**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

---

Lynne Rodriguez
[address illegible]

NIXIE    327  DC 1    00  10/05/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001289999    *2317-16909-14-39



DCD_ECFNotice@dcd.uscourts.gov
09/12/2007 09:40 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-00359-ESH RODRIGUEZ v. CHETROFF et al Order on Motion for Extension of Time to

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 9/12/2007 at 9:40 AM and filed on 9/12/2007
**Case Name:**             RODRIGUEZ v. CHETROFF et al
**Case Number:**           1:06-cv-359
**Filer:**
**Document Number:**       No document attached

**Docket Text:**
MINUTE ORDER granting [34] Plaintiff's Motion for Extension of Time. Plaintiff shall file his response to defendant's motion for summary judgment on or before October 19, 2007. Signed by Judge Ellen S. Huvelle on 9/12/2007. (KF)


**1:06-cv-359 Notice has been electronically mailed to:**
Alexander Daniel Shoaibi  alexander.d.shoaibi@usdoj.gov

**1:06-cv-359 Notice will be delivered by other means to::**

TYRONE RODRIGUEZ, SR
860 Green Heron Court
Apartment D
Kissimmee, FL 34742