CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

HFC
9.26.07

Tyrone Rodriguez Sr
860 Green Heron Ct #D
Kissimmee, FL 34742

Received
Mail Room

NIXIE    327   DC 1         00   10/05/07
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 20001289999    *2631-19694-29-40

# Utility Events
1:06-cv-00359-ESH RODRIGUEZ v. CHETROFF et al
APPEAL, JURY, PROSE-NP, TYPE-L

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 8/28/2007 at 3:47 PM and filed on 8/28/2007
**Case Name:**     RODRIGUEZ v. CHETROFF et al
**Case Number:**   1:06-cv-359
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Set/Reset Deadlines: Plaintiff's response to [31] defendant's motion for summary judgment due by 10/1/2007. (cp, )


**1:06-cv-359 Notice has been electronically mailed to:**
Alexander Daniel Shoaibi   alexander.d.shoaibi@usdoj.gov

**1:06-cv-359 Notice will be delivered by other means to::**

TYRONE RODRIGUEZ, SR
860 Green Heron Court
Apartment D
Kissimmee, FL 34742



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>08/28/2007 02:15 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:06-cv-00359-ESH RODRIGUEZ v. CHETROFF et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 8/28/2007 at 2:15 PM and filed on 8/28/2007
**Case Name:**           RODRIGUEZ v. CHETROFF et al
**Case Number:**         1:06-cv-359
**Filer:**
**Document Number:**     32

**Docket Text:**
ORDER directing plaintiff to respond to defendant's motion for summary judgment no later than October 1, 2007. Signed by Judge Ellen S. Huvelle on 8/28/2007. (KF)


**1:06-cv-359 Notice has been electronically mailed to:**
Alexander Daniel Shoaibi    alexander.d.shoaibi@usdoj.gov

**1:06-cv-359 Notice will be delivered by other means to::**

TYRONE RODRIGUEZ, SR
860 Green Heron Court
Apartment D
Kissimmee, FL 34742

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\lcesh3\Desktop\06cv359, Rodriguez v. Chertoff Fox

Neal Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/28/2007] [FileNumber=1537316-0]
[1fe5cde58e2b5c7231a5373cea7a4232023c02458f59e04c6c0cd9d67b1cfa42af44
8bcdf1e46a72ee6e2fd1e19166c8bb1d3c24ca0e9d8898b2cee9e98f8c87]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TYRONE RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0359 (ESH) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | ) |
| Defendant. | ) |

## ORDER

Defendant Michael Chertoff, through his undersigned counsel, has filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff is not represented by counsel in this matter.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Subsequently, in *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992), the Court of Appeals stated that the district court must inform *pro se* litigants that, on a motion for summary judgment, "any factual assertions in the movant's affidavits will be accepted as being true unless [the opposing party] submits his own affidavits or other documentary evidence contradicting the assertion." *Id.* at 456 (quoting *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir. 1982)).

The court in *Neal* also stated that the "text of Rule 56(e) should be part of the notice" issued to the *pro se* litigant. *Id.* Under Rule 56(e) of the Federal Rules of Civil Procedure,

> [s]upporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify as to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e). Thus, parties, such as plaintiff, who are adverse to a motion for summary judgment must rebut the moving party's affidavits with other affidavits or sworn statements; simple allegations that the moving party's affidavits are incorrect are not sufficient. For these purposes, a verified complaint shall serve as an affidavit. *See Neal*, 963 F.2d at 457-58. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion for summary judgment no later than October 1, 2007. If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and enter judgment in favor of defendant.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 28, 2007