**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RECEIVED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
Appellant,
1405 W. Donegan Avenue, Apt. D
Kissimmee, Florida 34741
Tel: 407-744-5238

Case No: 06-cv-359 (ESH)

v.

Date: October 17, 2007

Mihael Chertoff, Department of Homeland Security,
Appellee,
_____/


## MOTION TO COMPEL DISCOVERY AND MOTION FOR A CONTINUANCE OF SUMMARY JUDGMENT MOTION

RODRIGUEZ, hereby objects to opposing counsel submission of summary judgment motion without allowing discovery which would enhance and supplement the record as RODRIGUEZ was not afforded proper impartial investigation, proper discovery during the EEOC phase, nor given notice of the assessment process, or given the background information package until the time of hearing where he could not have the time to subpeona records or cross examine the proper witnesses RODRIGUEZ needs to demand for the agency to produce medical reports Dr. Butler states he considered opinions from several experts, and obtain impartial expert opinions and reports, and sworn affidavits or depositions contradicting Dr. Butler report and previous sworn testimony and material misstatements of material facts which would discredit his testimony, his report, and discovery will further supplement the record which was based on a bias investigation and a secret unlawful assessment process. See Surin v. Virgin Islands Daily 23News, Inc., 21 F.3d 1309, 1314)3d Cir. 1994) (reversing district court's grant of summary Judgment

1

where "proposed discovery seemed likely to produce evidence that would have materially affected the merits" of the motion); Miller v. Beneficial management Corp., F.2d 834 ( Cir. 1992) ("incomplete state of discovery alone should have precluded summary judgment on the merits'); Contractors Assoc. of Eastern Pennsylvania, Inc. v. City of Philadelphia, 945 F.2d 1260, 1263 (3d Cir. 1991) (where discovery remains outstanding, continuance of summary judgment motion should "be granted almost as a matter of course").

Respectfully Submitted,

*[signature]*

Tyrone Rodriguez, Sr.
Plaintiff/Pro Se/ Forma Pauperis

### CERTIFICATE OF SERVICE

The forgoing was mailed via regular mail today to the following party: Alexander D. Shoaibi, Assistant United States Attorney, 501 3rd Street, N.W., RM E-4218, Washington, D.C. 20530