Affidavit of Marc Jastremski, Loss Prevention Manager Shoe Carnival #142 9822 Atlantic Blvd. Jacksonville, Florida 32211 (904) 720-0188.

I, Marc Jastremski, hereby state the following in lieu of the fact that Tyrone Rodriguez did not receive an employee evaluation for his period of employment February 1996-August 1996:

I personally supervised Mr. Rodriguez during his employment as a Loss Prevention Detective with the Shoe Carnival #136 in Orlando, Florida. Some of Mr. Rodriguez's duties included, but were not limited to, detection and investigation of both internal and external theft, apprehension of shoplifters, ensuring compliance with company policies, and providing a safe environment for the customers and employees. Being tasked with that position made it essential for him to have an outstanding work ethic, sound judgement, and above average communication skills, both oral and written. These are the three topics I will comment on.

Mr. Rodriguez's work ethic is second to none. He maintained a strong level of security at the Orlando store. His ability to work with little to no supervision made him an asset to the store and company as a whole. He would give one hundred percent of himself at all times. Mr. Rodriguez continually strove to gain knowledge of the position in an attempt to further his chances of promotion. I had complete confidence in Mr. Rodriguez to go above and beyond what is required of a Loss Prevention Detective. In fact, if it were not for Mr. Rodriguez finding an advanced position with a different company, I would have promoted him when the opportunity presented itself.

Mr. Rodriguez's judgement was another one of his attributes. Loss Prevention personnel need to be able to make sound judgements in a fraction of an instant to provide for their safety as well as the shoplifter's safety. Mr. Rodriguez was thrust into several situations requiring him to make split second decisions. Each and every time his decisions were correct and unquestionable. His quick decisive actions were paramount in the Orlando store having zero liability suits brought against it. On several occasions Orlando Police Officers stated to me that Mr. Rodriguez was doing a great job in handling his apprehensions. They made the statement that he must have worked in law enforcement before becoming employed with the Shoe Carnival in order to perform his job that efficiently.

Mr. Rodriguez's communication skills were superb. He was able to communicate effectively both orally and in writing. In reference to content, his reports were some of the best that I had ever read. Once again Orlando Police Officers continually made statements lauding his ability to write concise and accurate reports. His attention to detail in these reports added to him having an one hundred percent conviction rate on his cases. This helped the Orlando store to have one of the best Loss Prevention Departments in the company.

1

In closing I wish to reiterate that Mr. Rodriguez was an outstanding employee and showed no weaknesses in performing the job of Loss Prevention Detective for the Shoe Carnival in Orlando, Florida. End of statement.

The statement to the foregoing affidavit is true and correct to the best of my knowledge.

_M-bAr_

STATE OF _Florida_

COUNTY OF _Duval_

The foregoing instrument was sworn to or affirmed and subscribed before me this _26th_ day of _February_ 199_8_, by _Marc Zastrebenski_ who is personally known to me or has produced _FDL Z236-540-66-105-0_ as identification, and who did/did not take an oath.

_____
(Signature of Notary Public)

_Barbara G. Kozak_
(Print or Type Name)

My Commission Expires _____

Barbara G. Kozak
MY COMMISSION # CC670055 EXPIRES
August 7, 2001
BONDED THRU TROY FAIN INSURANCE, INC

2

Affidavit of Buddy Jones, Supervisor, NWI Investigative Group Inc., 3330a N.E. 32nd Street, Ft. Lauderdale, Florida 33308, Telephone No. 954-537-7770.

I certify and swear that I completed the foregoing Employee Performance Evaluation for my employee, Tyrone Rodriguez, on October 1, 1997. The statements contained therin are true and correct to the best of my knowledge.

_____

STATE OF Florida
COUNTY OF Broward

The foregoing instrument was sworn to or affirmed and subscribed before me this 11 day of March 1998, by Buddy E. Jones, who is personally known to me or has produced Georgia D.S. License as identification, and who did/did not take an oath.

_____
(Signature of Notary Public)

Margaret H. Mitchell
(Print or Type Name)

My Commission Expires 7/18/99

Margaret H. Mitchell
Notary Public, State of Florida
Commission No. CC 463572
My Commission Expires 07/18/99
1-800-3-NOTARY - Fla. Notary Service & Bonding Co.

EX-12

| EMP... TYPE | Tyrone Reardon | | Investigator |
|---|---|---|---|
| DEPARTMENT | FC Operations (Mid-state | EMPLOYEE NO. | |
| DATE OF PRESENT POSITION | 10/01/96 | DATE OF LAST EVALUATION / / | NEXT SCHEDULED EVALUATION 10/01/98 |

REASON FOR EVALUATION

- [✓] ANNUAL
- [ ] END OF PROBATION
- [ ] MERIT
- [ ] PROMOTION
- [ ] PERFORMANCE
- [ ] OTHER _____

INSTRUCTIONS: Evaluate employee's work performance as it pertains to the job requirements. Circle the letter that best describes the employee's performance since the last evaluation. Add comments if necessary. (N/A if Not Applicable)

E - Excellent    A - Above Average    S - Satisfactory    D - Decreased Performance    U - Unsatisfactory

| FACTORS | SINCE LAST EVALUATION | COMMENTS |
|---|---|---|
| **AVAILABILITY** — The degree to which an employee is prompt, follows rules concerning break and meal periods and overall attendance. | E (A) S D U | Tyrone always made himself available to work any assignment, either be rush or regular basis. |
| **ADHERENCE TO POLICY** — The degree to which an employee follows safety rules and other regulations. | E (A) S D U | Adheres to Company policies concerning NWB rules of surveillance. |
| **BEHAVIOR PATTERN** — Emotional stability, politeness, and judgement shown on the job. | E (A) S D U | Always polite, a pleasure to work with. Shows good judgement on surveillance. Always calls in when in doubt. |
| **CREATIVITY** — The degree to which an employee suggests ideas, discovers new and better ways of accomplishing goals. | E (A) S D U | Very creative when conducting surveillance. Always thinks of new ways to overcome obstacles. |
| **DEPENDABILITY** — The degree to which an employee can be relied upon to complete a job. | (E) A S D U | Very dependable. Always completes assignments. Very productive investigator. |
| **INDEPENDENCE** — The degree of work accomplished w/ little or no supervision. | (E) A S D U | Works well and completes assignments w/ little or no supervision. |
| **INITIATIVE** — The degree to which an employee reaches out new tasks and expands abilities professionally and personally. | E (A) S D U | Always seeking new assignments and duties. Will take the extra step to complete assignments. |

**Employee Performance Evaluation**    CONTINUED ON REVERSE SIDE