UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
Plaintiff,

Case No: 06-cv-359 ESH

v.

Date: October 22, 2007

Michael Chertoff, Department of Homeland Security,
Defendant.
_____/

## ADDENDUM TO MEMORANDUM TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FOUR (DAYS OUT OF TIME)

RODRIGUEZ files this addendum four (4) days out of time due to the fact that he had previously moved and had difficulty in locating pertinent documents within the limited time frames. RODRIGUEZ wishes to submit exhibit 18: Documentation and photocopy of RODRIGUEZ certification for Bail Bondsman/Surety Agent and licenses issued to him in November and December 1995 by the State of Florida Department of Insurance and the Department of Agriculture respectfully; Bail Bondsman License No: 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 and Private Investigator License No: C9501016. Both agencies conducted a thorough suitability background investigation and found no evidence of a mental illness or evidence of dangerous behavior that would be in violation of Florida Statutes that would disqualify RODRIGUEZ from these positions and being issued these licenses; See attached exhibit 18. Per Florida Statute; a License Private Investigator is authorized by law to carry firearms during the course of his duties. In addition, per Florida Statute; a Licensed Bail Bondsman/Surety Agent is authorized by law to carry firearms during the course of his duties and make arrests of bail jumpers without a warrant and with

reasonable suspicion of there exact whereabouts before arrest with the use of weapons to make there apprehensions without police assistance or intervention. RODRIGUEZ worked as a Bail Bondsman for a few months until he switched to Private Investigations full time and maintained that career path full time.

Restfully Submitted,

Tyrone Rodriguez, Sr.
Plaintiff Pro Se/Forma Pauperis

## CERTIFICATE OF SERVICE

RODRIGUEZ certifies that a true and correct copying of the forgoing was sent via regular mail to the following party: Alexander D. Shoaibi, Assistant United States Attorney, 501 3rd Street, N.W. RM E-4218, Washington, D.C. 20530.