UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYRONE RODRIGUEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-359 (ESH) |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
|     Secretary, Department of ) | |
|     Homeland Security, ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, Michael Chertoff, Secretary of the Department of Homeland Security, by counsel, moves for a two week enlargement of time in which to file defendant's reply to plaintiff's opposition to defendant's motion for summary judgment, and in which to file defendant's opposition to plaintiff's motion to compel. The requested enlargement is merited for the following reasons:

1. Undersigned counsel has been unable to complete defendant's reply and defendant's opposition to motion to compel because of his attention to responsibilities in other cases over the past week, including ongoing discovery in the transferred cases of Brantley v. Kempthorne (ESH), and Felder v. Johann (CKK), and mediation and settlement negotiations in the cases of Chrishon v. Johanns (RBW) and Kenney v. Johnson (PLF), along with the preparation of motions in other cases.

2. An additional two weeks will allow defendant to respond fully to plaintiff's opposition to defendant's dispositive motion and to defendant's motion to compel.

3. Undersigned counsel spoke to pro se plaintiff regarding this motion for enlargement of time, and plaintiff provided his consent to the requested enlargement of time for the filing of defendant's reply and opposition.

5. Granting a two week of time to respond to file defendant's reply and opposition would be in the interests of justice.

For the foregoing reasons, defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: October 29, 2007

        Respectfully submitted,

        ___/s_/_____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        __/s/_____
        ALEXANDER D. SHOAIBI,
        Assistant United States Attorney
        501 Third Street, N.W., Rm E-4218
        Washington, D.C.  20530
        (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **29th** day of October, 2007, I caused the foregoing **Consent Motion for Enlargement of Time** to be served on plaintiff postage prepaid, addressed as follows:

>Tyrone Rodriguez
>860 Green Heron Court, Apt. D
>Kissimmee, Florida 34742

>　/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

Case 1:06-cv-00359-ESH    Document 44    Filed 10/29/2007    Page 4 of 4