UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TYRONE RODRIGUEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No. 06-359 (ESH) |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| Secretary, Department of | ) | |
| Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its reply to plaintiff's opposition to defendant's motion for summary judgment and its opposition to defendant's motion to compel on or before November 13, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.