UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE RODRIGUEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-359 (ESH) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| | ) |
|     Secretary, Department of | ) |
|     Homeland Security, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT'S NOTICE OF FILING CERTIFICATE OF SERV ICE

Defendant, by counsel, hereby notifies the Court of its filing of the certificate of service for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Docket #45). The certificate of service is attached herein, and was mailed with Defendant's Reply.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/\_\_\_
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236