**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the attached reply to opposition to motion for summary judgment was mailed by first class mail postage prepaid on this 13th day of November, 2007 to:

    Tyrone Rodriguez
    1405 W. Donegan Avenue, Apt. D
    Kissimmee, Florida 34741

    _____
    ALEXANDER D. SHOAIBI
    Assistant United States Attorney
    Civil Division, Room E-4218
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202)514-7236