UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
Plaintiff,
1405 West Donegan Avenue, Apt. D
Kissimmee, Florida 34741
Tel: 407-744-5238

Case No. 06-CV-359

v.

Date: November 20, 2007

Michael Chertoff, Department of Homeland Security,
Agency.
_____/

### MOTION FOR A TEN DAY EXTENSION OF TIME TO FILE A RESPONSE TO DEGFENDANT'S REPLY TO OPPOSITION TO MOTION OF SUMMARY JUDGMENT WHICH HAS NOT BEEN RECEIVED AS OF TODAY AND SEVEN (7) DAYS AFTER MAILING BY DEFENDANT AND PLAINTIFF REQUESTS AN ORDER DEMANDING DEFENDANT TO FILE ALL SUBSEQUENT PLEADINGS CERTIFIED MAIL RETURN RECEIPT REQUESTED

Comes Now, RODRIGUEZ prays that the court allow additional time to receive defendants reply and allow time to respond and mail to the honorable court. Rodriguez has made contact with opposing counsel to mail the document again express mail out of courtesy due to RODRIGUEZ granting the agency 30 days to file there first motion and 14 days to file there subsequent reply with all the time exhausted in this case which was filed in 2006 and we're now approaching 2008 without even commencing discovering. RODRIGUEZ acknowledges that there has been a holiday and a full weekend within the seven days; however, RODRIGUEZ has received mail in his household from much further distances within 2 or 3 days and the defendant's ANSWER was never received by RODRIGUEZ where RODRIGUEZ forced to conduct follow ups with the court and the