# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5189                                   September Term, 2006

06cv00359

Tyrone Rodriguez, Sr.,
       Appellant

v.

Michael Chertoff, Department of Homeland Security Agency,
       Appellee



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
ATTACHED: __ Amending Order
                __ Opinion
                __ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED    AUG 2 2 2007
CLERK

**BEFORE:**    Ginsburg, Chief Judge, and Henderson and Griffith, Circuit Judges

### ORDER

Upon consideration of the court's order to show cause, filed June 11, 2007, why the appeal from the district court orders issued March 19, 2007, April 10, 2007, and April 30, 2007, should not be dismissed for lack of a final, appealable order, and the response thereto, including a request for appointment of counsel and a motion to expedite the case; the (separate) motion to expedite appeal; and the petition for writ of mandamus, and the memorandum (and amended memorandum) in support thereof, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the request for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED**, on the court's own motion, that the appeal from the district court orders issued March 19, 2007, April 10, 2007, and April 30, 2007, be dismissed. The March 19th order, dismissing the complaint against the Chair of the Equal Employment Opportunity Commission and ordering service to be effected on the United States and the Secretary of the Department of Homeland Security in his official capacity, was not an appealable final order because it did not resolve the litigation as to all parties, as required by Federal Rule of Civil Procedure 54(b). See Blackman v. D.C., 456 F.3d 167, 174-75 (D.C. Cir. 2006). The April 10th order, denying without prejudice

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5189**                                      **September Term, 2006**

appellant's motion for appointment of counsel to represent him before the district court, was also not an appealable final order. See <u>Ficken v. Alvarez</u>, 146 F.3d 978 (D.C. Cir. 1998) (order denying motion for appointment of counsel in Title VII case not a final appealable order). Nor is the April 30, 2007 minute order, which denied appellant's motion for reconsideration of the April 10th order, final and appealable. See 28 U.S.C. § 1291. Appellant will be able to appeal the non-final portions of the district court orders at the conclusion of his case. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. See <u>Gulfstream Aerospace Corp. v. Mayacamas Corp.</u>, 485 U.S. 271, 289 (1988) (mandamus is an extraordinary remedy reserved for extraordinary situations; party seeking mandamus has burden to show right to issuance of writ is clear and indisputable). It is

**FURTHER ORDERED** that the motions to expedite be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>Per Curiam</u>