UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYRONE RODRIGUEZ,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF,** )<br>)<br>**Defendant.** )<br>) | Civil Action No.  06-359 (ESH) |

## ORDER

For the reasons stated in the accompanying [49] Memorandum Opinion, it is hereby

**ORDERED** that defendant's [31] motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that plaintiff's [39] motion to compel discovery and motion for continuance and plaintiff's [48] motion for a ten day extension of time to file a response to defendant's reply are **DENIED**.

The above-captioned case is hereby dismissed with prejudice.

**This is a final appealable order**.  See Fed. R. App. P. 4(a).

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  November 27, 2007