UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Rodriguez, Sr.
Plaintiff,

Case: 06-CV-359 ESH
Date: November 30, 2007

v.

Michael Chertoff, Department of Homeland Security,
Defendant.
_____/

## NOTICE OF APPEAL AND REQUEST FOR A WRIT FOR MANDAMUS

Rodriguez files this instant appeal based on these grounds:

1: The District Judge abused her discretion by ignoring crucial evidence by plaintiff or biasely overlooked key evidence by Plaintiff, in violation of rule 56 and established case law to that the non-moving parties evidence must be believed and all justifiable differences must be drawn in the non-moving parties favor, and the court must not sit as a fact finder, Anderson v. Liberty Lobby, Inc. 477 U.S. S..242, 255 (1986) and Celotex Corp v. Cartlett, 477 U.S. 317, 323 (1986).

2. The district court abused her discretion when she allowed the defendant to file a second pleading and reply to plaintiffs opposition, but did not allow the plaintiff the same opportunity at a second pleading as a pro se litigant after receiving plaintiffs request for an extension of time to receive the defendants reply that was never received via regular mailed by express mail nearly a week later, motion filed November 20, 2007, and order granting defendants motion for judgment mailed November 28, 2007, without considering or allowing plaintiff to respond, which is an abuse of discretion, and unfair to a pro se plaintiff who was and is

recovering from surgery. District court abuse discretion and erred by allowing false or untrustworthy background agency and EEOC findings which causes unfair prejudice, confusion of the issues, and misleading, per rule 403.

3. The court abused there discretion and erred by allowing "unsworn" testimony and/or "unverified" statements or alleged expert reports in ruling on a motion for summary judgment in violation of rules 26(a) and 569e) respectifully, where plaintiff filed (3) motions to strike and motions inlimine respectfully date oNovember 23 & 24th, 2007, which the court biasely ignored, and infact violated rules and there strict standards of the rules because Courts do not allow "unsworn" or "unverified" statements or reports in a motion for summary judgment. Plaintiff also filed a motion for a continuance and a motion to compel discovery to allow for current depositions and affidavits and to allow full discovery, which was not allowed at the EEOC stage, and to allow plaintiff an impartial opportunity to cross examine witnesses, gather evidence, outside the EEOC guidance, and infact with the courts guidance per his right under the 14th amendment due process clause and equal protection clause and to have access to the courts.

4. The District court also abused there discretion in considering Dr. Butlers report which is not a qualified mental health expert in violation of Rule 703 of the rules of Evidence, see plaintiffs motions to this fact and untrustworthiness.

5. Finally, based on all the above, all the denials of plaintiffs motions, the second appeal based on abuse of discretion evident by violation of established court rules and established case law, plaintiffs moves for a Writ for Mandamus as the district

court shows undue bias towards plaintiff and requires disqualification and a new judge assigned to avoid continued appeals and severe medical complications for plaintiff who suffered medical problems and surgery based on the last appeal with the stress and time consumption. Plaintiff preys for an expedited appellate review based on the fact that this is the 2nd appeal and discovery has not even been commenced and this case was filed in 2006.

Respectfully submitted,

Tyrone Rodriguez, Sr.
Plaintiff, Pro Se/Forma Pauperis

## CERTIFICATE OF SSERVICE

Plaintiffs certifies that he mailed the foregoing to the following party vi regular first class mail: Alexander D. Shoaibi, Assistant United States Attorney, 501 3rd Street, N.W. RM E-4218, Washington, D.C. 20530.